IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG -8 A 10: 08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tony Lamar Pinkard Sr. )
Full name and prison number of )
plaintiff(s) )
　　　　　　　　　　　　　　　　　 )
　　　　　　v. )        CIVIL ACTION NO. 3:05CV746-F
　　　　　　　　　　　　　　　　　 )        (To be supplied by the Clerk of the
Randolph County Jail E.T.C. )         U.S. District Court)
W. Patrick Whaley E.T.C. )
Shirley Johson )
Craicy Davidson )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

　A.　Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (x)   No ( )

　B.　Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (x)   No ( )

　C.　If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

　　　1.　Parties to this previous lawsuit:
　　　　　Plaintiff(s) Tony Lamar Pinkard
　　　　　Defendant(s) Randolph County Jail E.T.C.

　　　2.　Court (if federal court, name the district; if state court, name the county)
　　　　　Randolph County Court

　　　3.　Docket No. _____

　　　4.　Name of Judge to whom case was assigned W. Patrick Whaley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? It was dismissed because It was not A Law Library In the county Jail And I was refused to be taken to one.

6. Approximate date of filing lawsuit UNK,

7. Approximate date of disposition UNK,

II. PLACE OF PRESENT CONFINEMENT Randolph County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Randolph County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** — **ADDRESS**

1. Randolph County Jail P.O. Box 347 Wedowee AL 36278 E,T,C,
2. Randolph County Commisioner E,T,C.
3. W Patrick Whaley - Judge
4. Shirley Jobson - Chiff Jailer
5. Craig Davidson - Captain over Inmates
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 29, 2005 When I was Incaserated In The Randolph County Jail.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Living In A unsafe Condemed Jail and a Health Hazard Inmates Sleeping on the floors. The Jail holds 26 there is 99 Inmates In the County Jail.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

A Health Hazard, wiring problem, water Leakes, ventalation System, Inmates eat from the same Spoon every Day, No fire Alarms, Half of the toilets don't work. Showers Leakes water In the kitchen down stairs. There are no cell lights In A,B,C,D Blocks cant shower when we want to, Jailer Aloud A Inmate put Moth Balls In the food Atempting to kill 95 Inmates, also Inmates are Being Charged $27.50 a day to be housed in this County Jail. And the State is paying this County $100. dollars for every Person. The Jail Has been Condemed be for It is A unsafe Health Hazard. Inmates fear for there Lives by being in this County Jail. So please help us inmates befor we end up Dead or hurt badley. We fear for our Lives. And The Inmate was not charged for Atemped murder

-2-

GROUND TWO: Fungus Bateria In All Showers In All Blocks A, B, C, D

SUPPORTING FACTS: I cought some kind of fungus on my feet only because of Captain Craige Davidson took my shoes from me And made me walk around with out my shoes in the filthy Jail on 04-04-05. Allso other Inmates end up with the Same fungus. Investagate my Medical records.

GROUND THREE: Discriminated Against, Being Denied proper Medical treatment. Beging treated cruely.

SUPPORTING FACTS: Sliping hurting my Left Leg due to the leake from the Shower in D Block. I did not get the proper medical treatment that I needed. I Sufferd So'rerley with my Leg hurt Letting other Inmate not the Same color get to the family funeral but my Sinley Die they Denie me because of my color and I did pay 65.00 to Craig Davidson. And being treated cruelly because of who Im married to

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this Court to Rule on all vilations the this County has violated Against me. All my Constitutional Rights my Amendments Rights And Discrimination against because Im A Interashal marrige And all the other vilation on the Jail by Putting my life in danger. I want this County to Pay for my Suffering and pain and being treated Cruelly by the officers

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 26, 2005.
              (date)

_____
Signature of plaintiff(s)

-3-

All The Request forms that is Attched Is from the County Jail. The Request will help bill A Strong Case on my behalf. These are copies. I have no more copies be cause I Officers would not make me any. Back In 1997 This County Jail was Condemed It was written up In the News Paper The Jail was not Fiten to Live in. Send Investagaters to check on the Living Condeishon of the County Jail. Randolph County Is under Investegation By The F.B.I. I Ask This court to look In to this county. This County is charging Inmates $27.50 to Stay in the County Jail. And the State is paying the County $00.00 per Inmate to house them. And Its wrong for this County to charge us $27.50 to Stay in a Jail that has been Condemed. Investagate All Medical files Please. I fear for my Life by being in the County Jail, And other Inmates do to Please help me Save other Inmates Lives. And the Notar Public Refused to Notarize my Paper work because this is A Law Suite on the County Jail.

# RANDOLPH COUNTY JAIL INMATE REQUEST FORM

INMATE NAME: [illegible handwriting] BLOCK: D Block DATE: [illegible]

STATE YOUR REQUEST: I'm requesting to See M.F. Lawyer for A Special visit About my Health And the [illegible] injury bien because of my feet having this [illegible] on them it didn't happen until my Shoes was took from my on Sat 4, 2005, by A Officer At Randolph County Jail. For Somthin I did not do. I need [illegible] a Lawer to Investigate and [illegible] my [illegible] [illegible] [illegible] [illegible]

IF MORE SPACE IS NEEDED WRITE ON BACK

DO NOT WRITE BELOW THIS SPACE FOR REPLY BY STAFF ONLY

APPROVED:    YES _____   NO _____

OFFICER SIGNATURE: Joseph M. D'[illegible]    DATE: 04-06-05

REVIEWED BY ADMINISTRATION:

APPROVED _____

NOT APPROVED _____

REASON FOR CHANGE IF APPLLICABLE: Spoke with Tim and he was advised that if he had a lawyer that the attorney would be able to visit as would any other attorney

CHIEF OR CAPTAIN'S SIGNATURE: [signature]    DATE: 04/06/05

I'm shoes were taken on 04/04/05 this was a Monday. Shoes taken due to contraband being involved upon [illegible] timber.

## RANDOLPH COUNTY JAIL INMATE REQUEST FORM

**INMATE NAME:** D-Block

**BLOCK:** D-Block

**DATE:** May 20, 2005

**STATE YOUR REQUEST:** D-Block Is Requesting to See A Doctor On A Mal Nutrition Because The food is not Eatable there are bugs and stuff be in the food we Got food that have bugs in it And we will get health Inspectors up here. And OHSA we Are tired of the way the food IS and the shit that is going on About New comers Being put on trustee something will Be Done Lawyers NEWS People every His

*Signatures in margin:*
Tony Pinkar
Edward CLARK
Matthew [illegible]
Ray [illegible]
Donnie Foster
Taylor Darby
Shannon [illegible]
[illegible]
Nisel [illegible]
Staples
Heard
Brody
M Dean
Craw[illegible]
M [illegible]

### DO NOT WRITE BELOW THIS SPACE FOR REPLY BY STAFF ONLY

**APPROVED:** YES _____ NO _____

**OFFICER SIGNATURE:** [signature]   **DATE:**

**REVIEWED BY ADMINISTRATION:**

**APPROVED** _____

**NOT APPROVED** _____

**REASON FOR CHANGE IF APPLLICABLE:** Send out a request form not one signed by everybody.

**CHIEF OR CAPTAIN'S SIGNATURE:** [signature]   **DATE:** 05/20/05

# RANDOLPH COUNTY JAIL INMATE MEDICAL REQUEST

D-Block
INMATE NAME

May 20, 2005
DATE

_____
SOCIAL SECURITY NUMBER

_____
DATE OF BIRTH

REASON FOR REQUEST: D-Block is Requesting to see Higher Authority About our Medical Care And The ~~[struck through]~~ Condishion of Our Living Enviorment Of our Cell Block. This is UnSanitary and Un Safe for Inmates to live with out Vintalation Sytem.

I understand that my inmate commissary account will be charges $5.00 for doctor visits and $1.00 for each prescription that is ordered or refilled. I also understand that if I am unable to pay for these services at this time I will NOT be refused the medical attention. I also am aware that if I do not have the funds available at this time that my account will have a negative balance, and any monies that are placed on my account later will have the negative amount debited.

D-Block
INMATE SIGNATURE

May 20, 2005
DATE

DO NOT WRITE BELOW THIS LINE --------------------

DO NOT WRITE BELOW THIS LINE --------------------

_____
OFFICER RECEIVING REQUEST

_____
DATE

INMATE WAS SEEN ON _____

DR. FEE _____

PRESCRIPTION FEE _____

INMATE ACCOUNT CHARGED ON _____

CHARGE ENTERED BY _____

*Who wrote this? Each inmate needs to fill out a request form.*

This A copy of Me Asking to be A trustee I was Denied they Put a White guy On trustee the Next Day. I'm being treate like this because I Am Interashal married.

## RANDOLPH COUNTY JAIL INMATE REQUEST FORM

**INMATE NAME:** Tony Tomar Ribard Sr.    **BLOCK:** D-Block    **DATE:** May 19, 2005

**STATE YOUR REQUEST:** I Am Requesting to be A ~~[redacted]~~ trustee. I can fix All the problems In this Jail. I'm Asking to keep from Paying housing fee. This is the 5th Request I have put in. Trustees have ~~[redacted]~~ Violated the Jail police but still there back out there. Theres people got ther time and trustee to and got cases pending. GOD forgives [Craig] why Cant you I did. People make Mistakes there is not one person on this earth is perfect. My heart been change I received Jesus Christ. Every one deserve anothers chance In Life even people Do wrong. I cross that line I'm sorry

*IF MORE SPACE IS NEEDED WRITE ON BACK*

**DO NOT WRITE BELOW THIS SPACE FOR REPLY BY STAFF ONLY**

You have too many medical problems. We do not want you to aggravate any of your ailments. Drs checked you out and said you are OK. The sheriff dept does not want to have a future Issue.

**APPROVED:** YES ___ NO ✓

**OFFICER SIGNATURE:** [signature]    **DATE:** 05/20/05

**REVIEWED BY ADMINISTRATION:**

APPROVED _____

NOT APPROVED _____

REASON FOR CHANGE IF APPLLICABLE: _____

CHIEF OR CAPTAIN'S SIGNATURE _____    DATE _____

# PEtition ON Randolph County

| Prints | Signature |
|---|---|
| 1. Tony Lamar Pinkard Sr. | Tony Lamar Pinkard Sr. |
| 2. Anthony Trammell | Anthony Trammell |
| 3. Brandon Hammett | Brandon Hammett |
| 4. Donnie Foster | Donnie Foster |
| 5. Nigel Staples | NiseStples |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |

These are witnesses to know this Jail is. Its a very Badley health Hazard for human life

I Declare Under Penalty of Perjury That The forgoing is True and Correct.

Singned this _____ day of _____ 2005

_____
[Siqnuture]

Sworn to befor Me this _____ Day of _____ 2005

_____
Notar Public