**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Phillip Cleese
C. Date of Delivery: 8/15/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

   Craig Davidson
   Randolph County Jail
   PO Box 347
   Wedowee, AL  36278

   CDC   05-746

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3690

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-