IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONY LAMAR PINKARD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv746-F |
| | ) | |
| RANDOLPH COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 11, 2005, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims against the Randolph County Jail, Randolph County Commissioners and Judge W. Patrick Whaley are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

3. The Randolph County Jail, Randolph County Commissioners and Judge W. Patrick Whaley are DISMISSED as defendants in this cause of action.

4. This case, with respect to the plaintiff's claims against defendants Johnson and

Davidson, is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 30th day of August, 2005.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE