In The District Court of United States
for The Middle District of ALABAMA
Eastern Division

Tony Lamar Pinkard Sr.
Plaintiff
V.
Johnson,
Davidson.

RECEIVED
2005 SEP -8 A 9:37

05-746

Motion for to Leave to AMend.

## Amendment to Complaint

ON August 17, 2005 I Tony Lamar Pinkard Sr. Slipped Coming out of Shower In D-Block. When I Slipped My Right foot went forward And Hit the Shower Wall. My Big toe hit the wall And tore my big toe Nail half way off. It took two weeks before I got to see a doctor which is Ricky. It was discussed between officer Johnson, who is Chief Jailer and Davidson who is Captain of the Jail and the Randolph County Doctor Ricky, and I Tony Lamar Pinkard Sr. about bringing me to the Randolph County E.R. to get my toe nail took off which is infected and Has a bad smell because of not getting the proper Medical treatment It should Have. I can't get Any proper Medical treatment because of the Civil Action that is filed Agianst Davidson and Johnson. This is

Retaliation on the behalf of the Civil Action I filed. This is September 6th I still have not recieved any Medical treatment on my injury that happened in the County Jail coming out of the Shower. There is Not a grip Mat or Anything for Inmates safety. On September 6th, 2005 Davidson and Johnson allowed one lower rank officer to take Inmate Willie McFarland to the Randolph County E.R. to get his T.B. Shot. They refused to take I inmate Pinkard to get medical on my right toe. I'm Afraid of My health and life because the life because the officers are Mad at Me And im being treated with cruel and Rude respect. They will Not give Me proper Medical treatment because of my Civil action. I have Wittnesses and i have facts to My complaint check with the Doctor at the Randolph County E.R. that will be Doctor Ricky. They are Discriminating Agianst Me because of the Civil action. They took another inmate to the doctor but refused to take Me. My Medical Problem was discussed with the Doctor on August, 31, 2005 at Doctor Call. I am in pain Because of the Retaliation and Discrimination. I ask this court to Investigate this complaint. This complaint is being is being Added because of the cruel punishment that im going through because of my civil action agianst the two offcers. My Constitutional Rights are being violated because of My Action I took on them.

I am afraid of My Life because If i am Seriously hurt or Sick I will die because I cant get the proper Medical treatment for My toe. My life is in danger because of the Retaliation agianst me. The two officers that is in Control of the Jail Should Not have any authority over anybody's lives they are Not responsible enough to take care of a toe Nail injury. This is peoples lives they are looking After. I'm asking this Court to investigate this because I'm afraid for my life and i'm going through Mental, Physical and Emotional Stages because of the pain and fearing for my life worrying about if i'm going to lose my toe because of the infected Nail. I have Multible health problems. I am asking this court for your help Im afraid of what could happen to me or any other inmate in this Jail with the people in Control of this Jail. I thank you for helping Me God Bless All

Let a Copy of this Amendment to Complaint Served to All parties

Done this 6th day of September 2005.

_Tony Farmer Pinbard Sr._