IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONEY LAMAR PINKARD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-746-F |
| ) | |
| RANDOLPH COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on September 8, 2005 (Court Doc. No. 9), in which the plaintiff asserts additional claims for relief, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. On or before October 11, 2005, defendants Johnson and Davidson shall file a special report and answer addressing the claims presented by the plaintiff in the complaint and amendment thereto. The defendants are advised that this report shall comply with the directives of the order entered on August 11, 2005 (Court Doc. No. 4).

3. The defendants be GRANTED an extension from September 20, 2005 to and including October 11, 2005 to file their special report and answer in compliance with the order entered on August 11, 2005 (Court Doc. No. 4).

4. No further amendments to the complaint shall be filed without permission of the

court.

The Clerk is DIRECTED to provide a copy of the amendment to the complaint to Shirley Johnson and Craig Davidson.

Done this 12th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE