**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF CORRECTION

**To:**            **Counsel**

**From:**          **Clerk's Office**

**Case Style**     **Tony Pinkard vs. Randolph County Jail, et al.**
                   **Civil Action No. 3:05cv746**

**Referenced Pleading**  **Amended Complaint**

                         **Document #10**

This Notice of Correction filed in the above referenced case to reflect that document #10 has been stricken from the record as a docket error. Please disregard.