IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:05-cv-746-MEF-VPM |
| SHIRLEY JOHNSON AND CRAIG DAVIDSON, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

COME NOW Shirley Johnson, Chief Jailer for the Randolph County Detention Facility, and Captain Craig Davison, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 30 days in which to file their Special Report and Answer which is presently due on October 11, 2005. As grounds for said motion, Defendants state as follows:

1.  On August 8, 2005, the Plaintiff filed his Complaint with this Court.

2.  On August 11, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 20, 2005.

3.  On September 12, 2005, the Plaintiff filed an Amendment to the Complaint.

4.  On September 12, 2005, this Court entered an Order granting the Amendment to the Complaint and extending Defendants' time to file their Special Report and Answer up to and including October 11, 2005.

5.  The gathering of information with which to formulate the Special Report has taken longer than expected. Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Randolph County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be

necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

6. Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

7. Defendants have not previously requested an extension of time in this case.

8. Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including November 10, 2005.

Respectfully submitted this 11th day of October, 2005.

s/C. Richard Hill, Jr.
C. RICHARD HILL, JR. Bar No. HIL045

Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of October, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Tony Lamar Pinkard, Sr.
Randolph County Jail
P.O. Box 347
Wedowee, AL 36278

s/C. Richard Hill, Jr.
OF COUNSEL

2