Sept 6, 2005

Page: 1

IN The District Court of The United States for The Middle District of ALABAMA Eastern Division

Tony Lamar Pinkard Sr.
Plaintiff
V.
Shirley Johnson
Craig Davidson

Civil Action No. 3:05-cv-746-F

Et al.,

Motion for to Leave to Amend.

Pleading with the Court.

Amendment to Complaint.

(1.) I Inmate Tony Lamar Pinkard Sr. Is Adding to this Amendment to bring fort Information on the Randolph County Jail Staff that is Named In this Complaint.

(2.) The Chief Jailer Shirley Johnson And

the Captain Craig Davidson Who is the two head Jailers At the Randolph County Jail.

(3.) The Jail Employees Is not doing there Job that they should be doing.

(4.) The two head Jailers do not get A Doctor to come to the County Jail and give all Inmates complet Physicals for A.I.D.S. Toberclulois, Hepatitis and S.T.D.

(5.) ALL Inmate that is Booked In the Randolph County Jail are brought Straight to the cell blocks with out Physicals.

(6.) The Jail Employees do not give Inmates Cleaning Supplies to clean with

(7.) The Jail Showers are not clean the tolites are not clean.

(8.) Any of these Inmates could have any of the Diseases that is named.

(9.) I Tony Lamar Pinkard Sr. as A Concerned Inmate I do not get the proper rest or Sleep I need because of worring About Other Inmates having Somthing, I could catch.

(10.) Why? because the next Inmate could have A.I.D.S. Toberclulois Hepatitis or S.T.D.

(11.) We As Inmates we got to use the Same Water cooler Same Ice chest, Same Shower, and the same toilets.

(12.) I Am Afraid of If one of the Inmates have any of the diseases I Tony Pinkard Could get it and take it home to my family and give it to them.

(13.) I have Six beatiful kids and a Lovely wife that I Love dearly.

(14.) If I give my kids or wife Somthing I cought in the Randolph County Jail my Life will never be the Same no more, I Couldn't handle it me knowing I hurt or killed one of them with Somthing I got from this Jail that Could have been prevented by the head Jailers by getting A doctor to give complet Physicals to all Inmates that be Booked In the Randolph county Jail.

(15.) I Inmate Tony Lamar Pinkard Sr. is very Concern and worried About my Life and other Inmates Lives, and our health, May accur.

(16.) I Inmate Tony Lamar Pinkard Sr. is going through A Mental Anxiety and Depression because of the Inmates donot get Complet

Full Physical that they Should have.

(17.) I Ask this Honarable Court to come and Investagate All Inmates Medical Jackets and Physicals, The court will See this County Is putting every ones Life in Dangerous Position and there health.

(18.) This Court will See every thing I facts and is the way we got to Live.

(19.) I don't know how much more I Tony Lamar Pinkard Sr. can take of all this worring About my Life and health.

(20.) I Inmate Tony Pinkard is about to have A nervous break down because of the Depression Anxiety and Stressing, About the Inmates they put in here with out Physicals.

(21.) I am afraid of the Inmates Who cook the Jail Food for us Inmates, they could Spit or put Some of their blood in the Food.

(22.) Why? Because they could be Mad about the disease they have or could be Mad about they know they are going to Die, because there are people like that in this world, today. By the way there has been a Insident accured In the County Jail with Inmates putting mass Ball in the Food.

(23.) This could be found In the News paper, it will State the facts.

(24.) Check the Randolph County Medical record under the name Shun Baker and you will find out what I Tony Pinkard is trying to Show what Inmates will do.

(25.) You got people who would Start A fight with you or with other people just to transfer A diseases because they know they are going to Die.

(26.) It have been done in other States people Sleeping with to Spread bad diseases.

(27.) I Ask this Court to Investagate this befor Some one end up with Somthing they can't get rid of.

(28.) I Let people Sign As wittnesses they were not Forced or bribe they Sign at thire own free will.

Please help the Inmates that are in this Jail, Inmates has got very bad Hepatitus in here. Check medical records. Randolph County Hospital Order Physicals for all Inmates Please.

Page 6. Wittnesses

(1.) Maurice Kelsey
(2.) David J Huddleston
(3.) Tony Lemon Pinkard Sr.
(4.) Louis Holloway
(5.) Lester Killey
(6.) [illegible]
(7.) DAVID DUTIER
(8.) [illegible]
(9.) Anthony [illegible]
(10.) David Spradlin
(11.) Jame Holloway
(12.) Richard Thomas Jr
(13.) Cody Morrison
(14.) Edward Clark
(15.) Javier Hernandez
(16.) [illegible]
(17.) Greg Shears
(18.) Tony Smith
(19.)
(20.)
(21.)
(22.)
(23.)
(24.)
(25.)
(26.)

This is A Assert's Additional Claims that happen On October 9, 2005.

1. I Inmate Tony Lamar Pinkard Sr. has A big knot behind my right ear and a Infection in the right ear, I Can hardley hear out of the ear.

2. It has the Side of My face hurtting very bad and down the Side of My neck on the right Side.

3. I Inmate Pinkard was denied Medical treatment by the following officers, Davidson, + Johnson Other Jailers was told not to take I Pinkard to the E.R. Emergency Room unless It was A life or Death Situation.

4. But the two following Officers Davidson, + Johnson made a arrangments for the following Inmates to be took to the E.R. Emergency Room.

5. Kenneth weaver + Michael Shane Scott, + Matt Herring.
1. Inmate Kenneth had a bite on his right feet.
2. Inmate Michael has a knot behind his Left knee.
3. Inmate Matt got a Jail house tattoo on his right arm and it is infected.

6. These Inmates was took to the Randolp County Hospital to the E.R. but I Pinkard was refused my Medical treatment.
2. #One because of the civil Action I filed on the two officers in the complaint I filed.
3. My right ear I Pinkard can hardley hear out of it.
4. I Pinkard was put on Antibiotics a Month ago, they did not help. I have Sent four or five request forms down to the Officers About my right ear.

5, I Ask this Court to check the Hospital Medical Chart About the Inmates the Officers took there, And check the Jail House Loggen Book About My Complaint, and this Court will See Im being treated cruley and being Discriminated against and my rights are being violated by the two officers that is in my Civil Action Case.

6, This is the wittnesses that have knowledge of my Complaint and they know About the other Inmates that was, took to the E.R. and not I Inmate Tony Pinkard, I was refused.

wittnesses Officers County Jail Employees

(1.) vernon Haynes
(2.) Jimmy wilks
(3.) Amertrice Cobb
(4.) Jason Taylor
(5.) Craig Hann
(6.) Matt finley
(7.) Chrystal Taylor
(8.) Allen Dudley
(9.) Jimmy Caldwell
(10.) Joe D'Aquisto
(11.) Sharon
(12.) Gloria

7, I Ask this Court to question these Officers About the complaint I have filed About my ear Problems Im having, and the Statment that was

Made by Davison, was do not take Inmate to the Doctor unless it is A life or Death Situation.

8. These are the Inmates that can State facts About my complaint About my ear and the other Inmates Davison, to Johnson had took them Straight to the E.R. Inmate Michael, Matt, Kenneth.

Wittnesses

County Jail Inmates was not brid or threaten to wittness

(1.) DAVID BUTLER
(2.) Lum Whaley
(3.) Richard Thomas
(4.) Douglas Rather
(5.) Willie McFarland
(6.) Dexter Kelley
(7.) David A Huddleston
(8.) Lewis Holloway

I Hereby Certify that on 9th day of Oct 2005. I have Served the forgoing document on the following:

s/ Richard Hill Jr.

C. Richard Hill Jr. Bar No. HIL045

Attorney for Defendeants

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, ALABAMA 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: rhill@webbley.com