IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONEY LAMAR PINKARD, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-746-F |
| | ) |
| RANDOLPH COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on October 12, 2005 (Court Doc. No. 14), in which the plaintiff asserts additional facts in support of his claims for relief, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. On or before November 10, 2005, defendants Johnson and Davidson shall file a special report and answer addressing the claims presented by the plaintiff in the complaint and amendments thereto.  The defendants are advised that this report shall comply with the directives of the order entered on August 11, 2005 (Court Doc. No. 4).

3. No further amendments to the complaint shall be filed without permission of the court.  The plaintiff is advised that any additional proposed amendment to the complaint will not be allowed unless the plaintiff demonstrates exceptional circumstances which

warrant granting such an amendment.

The Clerk is DIRECTED to provide a copy of the amendment to the complaint contained in Court Document No. 14 to counsel of record for defendants Johnson and Davidson.

Done this 14th day of October, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE