**Exhibit A**
**Complaint by Bobbie Pinkard**
**dated February 25, 2005**

AL AMA JUDICIAL INFORMATION S TEM

* * * IN THE DISTRICT COURT OF RANDOLPH COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2005 000118.00
                                        OTHER CASE NBR:                .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RANDOLPH COUNTY, ALABAMA, PERSONALLY APPEARED  BOBBIE PINKARD
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT  TONY PINKARD             DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT FEBRUARY 24, 2005 COMMIT THE CRIME OF HARASSMENT (SECTION 13A-
011-008(A), CODE OF ALABAMA 1975), WITH INTENT TO HARASS, ANNOY OR ALARM
ANOTHER PERSON, TO-WIT: BOBBIE PINKARD
  (XX )  STRIKE, SHOVE, KICK OR OTHERWISE TOUCH ANOTHER PERSON, TO-WIT:
         BOBBIE PINKARD           , OR SUBJECT THEM TO PHYSICAL
         CONTACT, TO -WIT: HITTING HER HEAD AGAINST THE REFRIGERATOR__
         PUSHING HER INTO IT AND HITTING HER IN HER JAW WITH FIST OR,
  (   )  DIRECT ABUSIVE OR OBSCENE LANGUAGE OR MAKE AN OBSCENE GESTURE,
         TO-WIT:_____,
         TOWARD ANOTHER PERSON, TO-WIT:_____; OR,
  (   )  DIRECT A THREAT, VERBAL OR NONVERBAL, TO-WIT:_____
         _____, WITH THE INTENT TO CARRY OUT THE THREAT,
         TOWARD ANOTHER PERSON, TO-WIT:_____
         A REASONABLE PERSON AND TARGET OF THE THREAT, CAUSING HIM/HER TO
         FEAR FOR THEIR SAFETY.
WITH THE VICTIM BEING A CURRENT OR FORMER SPOUSE, PARENT, CHILD, A PERSON
WITH WHOM HE/SHE HAS A CHILD IN COMMON, A PRESENT OR FORMER HOUSEHOLD
MEMBER, OR A PERSON WHOM HE/SHE HAS OR HAD A DATING RELATIONSHIP,
IN VIOLATION OF 13A-006-132              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

*Bobbie Pinkard*
--------------------------------
COMPLAINANT'S SIGNATURE

Bond # 5,000.⁰⁰

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 25 DAY OF FEBRUARY, 2005.

*Marlene Lindley*
------------------------------------
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: DOM VIO 3RD-HARASSME  13A-006-132       M  MISDEMEANOR
------------------------------------------------------------------

WITNESS FOR THE STATE

BOBBIE PINKARD/44 CR 885/WADLEY/36276

MICHAELA TYSON/44 CR 885/WADLEY/36276
------------------------------------------------------------------
------------------------------------------------------------------
------------------------------------------------------------------

OPERATOR: MAL    DATE: 02/25/2005

**Exhibit B**
**Writ of Arrest**
**dated February 25, 2005**

ALIAS CAPIAS    WRIT OF ARREST    DISTRICT COURT

THE STATE OF ALABAMA                    CASE NO.  CS 2003-104

RANDOLPH COUNTY, ALABAMA                DHR NO.  17934

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST **TONY L. PINKARD**, AND

BRING HIM BEFORE THE RANDOLPH COUNTY DISTRICT COURT,

INSTANTER TO ANSWER TO THE STATE OF ALABAMA ON A CHARGE OF

CONTEMPT OF COURT FOR FAILURE TO APPEAR AGAINST THE PEACE AND

DIGNITY OF THE STATE OF ALABAMA.

WITNESS MY HAND THE 17TH DAY OF NOVEMBER, 2004.

_Patrick Whaley_
JUDGE, DISTRICT COURT
RANDOLPH COUNTY, ALABAMA

**Filed in Office**

TONY L. PINKARD
448 HIGHLAND AVENUE
WADLEY, AL   36276

DEC - 2 2004

K. S. BENEFIELD
Clerk of Circuit Court

DESCRIPTION:  BLACK MALE, DOB: 8-16-1973, AGE: 31, SSN: 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,
    HT: 5'09", WT: 150

CHILD SUPPORT ARREARS:  $569.00 OWED AS OF NOVEMBER 15, 2004,
    PLUS INTEREST OF $65.12, AND GENETIC TEST FEES OF $240.00

Received in this office
Time _____ Date 1230 ____

EXECUTED THIS THE 25th DAY OF
Feb.         20 05
BY HANDING A COPY OF THE WITHIN TO
Tony L. Pinkard
44 CR 885 Wadley, AL

JEFFERY L. FULLER, SHERIFF
    Randolph County, Alabama
By James D. Baker D.S.

Received at County Jail
Time _____ Date _____

**Exhibit C**
**Arrest Report**
**dated February 24, 2005**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ 1 Yes | ☐ 1 Yes |
| ☑ 2 No | ☑ 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0516000 | Randolph Co Sheriffs Dept. | 0502241111 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Pinkard Tony L | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS / MARKS / TATOOS / AMPUTATIONS | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|---|---|---|---|---|
| ☑1 M ☐2 F | ☐1 W ☑2 B ☐3 ☐4 | 5'9 | 150 | BRO | BLK | DRK | | ☐1 SCARS ☑2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|
| Roanoke Randolph Alabama | | 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 | 08/16/1973 | 31 | 6986862 | AL |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL |
|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS |

| 26 ☐1 RESIDENT ☑2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 44 CR 885 Wadley AL 36276 | (   ) None | Unemployed |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | |

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| 44 CR 885 Wadley, AL 36276 | | ☐1 IN STATE ☐2 OUT STATE ☐3 AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☑2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐1 YES ☑2 NO | ☑1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☐1 YES ☐2 NO | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 02/24/05 | 11:51 ☐1 AM ☑2 PM ☐3 MIL. | S M T W T☑ F S | ☑1 ON VIEW ☐2 WARRANT | ☐1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE—1 ☐1 FEL ☐2 MISD | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☐2 MISD | 49 UCR CODE |
|---|---|---|---|
| FTA - Child Support | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT-LE ☐5 OTHER | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☐2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

### JUVENILE

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT | ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY | ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

### RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 02/25/05 12:20 ☐1 AM ☑2 PM ☐3 MIL. | Jimmy Haynes | RCSO | 569 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| Donna Hester | Randolph Co. Jail | Wedowee AL |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| ☐1 YES ☑2 NO ☐3 PARTIAL | | |

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**
No injuries at time of arrest or release.

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER    Donna Hester | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|
| MULTIPLE CASES CLOSED | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| | | R. middlebrooks | 5612 | | |

# Exhibit D
## SJIS Case Detail, DC 2005-163

 *alacourt.com's*

## *Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |
|---|---|---|---|---|---|---|

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 56 RANDOLPH | Case Number | DC 2005 000163 00 | JID | WPW | DEF Status | J JAIL ESTS: A |
| Name | PINKARD TONY LAMAR | | Alias | | | | |
| Address 1 | 44 CO RD 885 | | Alias | | | | |
| Address 2 | | | SID | AL 000000000 | YDate | | |
| Zip | 36276 0000 WADLEY AL US | | AS | | PR | 0000 000000 00 | |
| DLNO | AL | DOB | 08161973 | SSN | | Race/Sex | B/M |
| Height | 6 02 | Weight | 185 | Eyes | BRO | Hair | BLK |
| Filed | 02252005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 02242005 | OffDT | 02242005 | ORI | 0560000 | OFFC | |
| Indict | | Grand Jury | | Atty 1 | | Tkt# | |
| Bond | 0000500000 | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | WR 2005 000118 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 04052005 | Que | 001 | Time | 0900 A | Desc | BTRL |
| Charge 1 | DV3H | DOM VIO 3RD-HARASSME | | 13A-006-132 | M PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | Y | Case Type | M | Case Cat | PE |
| Comment | | | | | | | |
| Settings | | | | | | | |
| Date 1 | 04052005 | Que | 001 | Time | 0900 A | Desc | BTRL BENCH TRIAL |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | JONES E PAUL | Atty 1 | | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | 03152005 A | WARACT | 03262005 S | WARLOC | 03262005 H | | |
| BP ISS | | BP RTN | | | | | |
| Disposition | | | | | | | |
| CRT ACT | G GUILTY PLEA | CADATE | 04052005 | Jury | Y | More | N |
| Charge 1 | DV3H DOM VIO 3RD-HARASSM 13A-006-132 M P | | | Counts | 001 | CA | G 04052005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | Y |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000229330 | Warr:001 | SUBP:004 | Updated | 10252005 |
| Sentence | | | | | | | |
| Sent | 04052005 | Begin | | End | | PRB BEG | |
| IMP CONF | 00 12 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 12 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |

| Monetary: | X COST | X FINE IMP: 00025000 | SUSP: 00000000 | X CVCC | X HIS | |
|---|---|---|---|---|---|---|
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | X WARR 001 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | X SUBP 004 | | |
| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | |
| | RES4 00000000 | | RES5 00000000 | | RES6 00000000 | |

| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
|---|---|---|---|---|---|---|---|---|
| | X JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 | | | |

| DRUG  CODE: | | MEAS:  VOL: 00000000 | | | | |
|---|---|---|---|---|---|---|
| SEC/CUR: | 00   000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 | |
| Comment: | | | | | | |
| BAL DUE | 0000229330 | DUE | 05042005 | CRO | | Updated | 04052005 |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 02252005 | 0952 | JUDG | ASSIGNED TO: (WPW) W. PATRICK WHALEY (AR01) | MAL |
| 02252005 | 0952 | FILE | CHARGE 01: DOM VIO 3RD-HARASSME/#CNTS: 001 (AR01) | MAL |
| 02252005 | 0952 | FILE | FILED ON: 02/25/2005 (AR01) | MAL |
| 02252005 | 0952 | ARRS | DEFENDANT ARRESTED ON: 02/24/2005 (AR01) | MAL |
| 02252005 | 0952 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAL |
| 02252005 | 0952 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAL |
| 02252005 | 0957 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAL |
| 03022005 | 1632 | DAT1 | SET FOR: BENCH TRIAL ON 03/15/2005 AT 0900A (AR10) | MAL |
| 03022005 | 1634 | SUBP | WITNESS SUBPOENA ISSUED (AW25) | MAL |
| 03072005 | 1045 | SSAN | SSN CHANGED FROM: 956000118 (AR01) | MAL |
| 03072005 | 1045 | STAT | STATUS CHANGED TO: "B" - BOND (AR01) | MAL |
| 03152005 | 0928 | AWAR | ALIAS WARRANT ISSUED: 03/15/2005 (AR08) | MAL |
| 03282005 | 1309 | WARR | "S" WARRANT SERVICE ON: 03/26/2005 (AR10) | MAL |
| 03282005 | 1309 | WARR | WARRANT LOCATION IS: H ON: 03/26/2005 (AR10) | MAL |
| 03282005 | 1309 | DAT1 | SET FOR: BENCH TRIAL ON 04/05/2005 AT 0900A (AR10) | MAL |
| 03282005 | 1311 | STAT | STATUS CHANGED TO: "J" - JAIL (AR01) | MAL |
| 03282005 | 1311 | BOND | BOND SET AT: $5000.00 (AR01) | MAL |
| 03282005 | 1312 | SUBP | WITNESS SUBPOENA ISSUED (AW25) | MAL |
| 03292005 | 0822 | PAD1 | PARTY W001 ADD1 CHANGED FROM: 44 CR 885 (AW21) | MAL |
| 03292005 | 0823 | PAD1 | PARTY W002 ADD1 CHANGED FROM: 44 CR 885 (AW21) | MAL |
| 04052005 | 0955 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: WPW | MAL |
| 04052005 | 0955 | DISP | CHARGE 01: DOM VIO 3RD-HARASSM/#CNTS: 001 (AR10) | MAL |
| 04052005 | 0955 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 04/05/2005 | MAL |
| 04052005 | 0955 | CH01 | DEFENDANT SENTENCED ON: 04/05/2005 (AR05) | MAL |
| 04052005 | 0955 | CH01 | IMPOSED CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 04052005 | 0955 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | TOTAL CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 04052005 | 0955 | CH01 | FINE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | WARRANT FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | FINE IMPOSED: $250.00 (AR05) | MAL |
| 04052005 | 0955 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 04052005 | 0955 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 10252005 | 1026 | NAME | NAME CHANGED FROM: PINKARD TONY (AR01) | MAW |

# Exhibit E
# SJIS Case Detail, CS 2003-104

 *alacourt.com's*

## *Alabama SJIS Case Detail*

**Settings**   **Parties**   **Case Action Summary**   **Witness List**   **Financial**

| Case | | | | | | | |
|------|------|------|------|------|------|------|------|
| County | 56 RANDOLPH | Case Number | ●CS 2003 000104 00 | JID | WPW | REF | |
| Style | TERESA A TERRELL VS TONY L PINKARD | | | | | | |
| Code | CSPT | Type | PATERN | Filed | 09172003 | Trial | B |
| Child | 01 | Status | D DISPOSED | Plaintiffs | 001 | Defendants | 001 |
| DJID | WPW | Court Action | (BENCH VERDICT) 11192003 | | | For | C |
| DHR | P PATERNTY | ADC | | UIFSA | | DNA | N |
| FLAG | | ORIGN | F | Trial Days | 0000 | 1st Date | 11192003 |
| DISSOLU: | CUSTOD: M | LEGSEP: | MOD: | ANNUL: | PROTORD: | TRO: | |
| SUPPORT: X | PATRNTY: X | IWO: N | GARN: | ARREAR: | CONTMPT: | ALIMNY: | |
| Amount | 0000011300 | FREQ | D | Pay To | 001 | Cost Paid By | |

| Settings | | | | | | | |
|------|------|------|------|------|------|------|------|
| Date 1 | 08172005 | Que 1 | 001 | Time 1 | 0900 A | Description | SREV SUPPORT REVIEW |
| Date 2 | | Que 2 | 001 | Time 2 | | Description | |
| Date 3 | | Que 3 | 001 | Time 3 | | Description | |
| Date 4 | | Que 4 | 001 | Time 4 | | Description | |
| Cont Date | 00000000 | Why | CONT#: | | | Cont # | 00 |
| RevJmt | 00000000 | Admin Date | 00000000 | Why | | | |
| Appeal Date | 00000000 | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | 00000000 | TBNV2 | 00000000 | DSDT | 00000000 | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|------|------|------|------|------|------|------|------|
| Party | C 001 | Name | TERRELL TERESA A | | | Type | INDIVIDUAL |
| INDX | D PINKARD TONY | ANAM | | | | JID | WPW |
| SSN | | Address 1 | 998 CO RD 1 | | | Sex | F |
| DOB | 01261981 | Address 2 | | | | Race | B |
| Country | US | City | WEDOWEE AL 36278 0000 | | | Phone | 256 000 0000 |
| Atty 1 | MARTIN VICKIE S | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | B (BENCH VERDICT) | Date | 11192003 | For | C | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|------|------|------|------|------|------|------|------|
| Party | D 001 | Name | PINKARD TONY L | | | Type | INDIVIDUAL |
| INDX | C TERRELL TERE | ANAM | | | | JID | WPW |
| SSN | | Address 1 | 448 HIGHLAND AVE | | | Sex | M |
| DOB | 08161973 | Address 2 | | | | Race | B |
| Country | US | City | WADLEY AL 36276 0000 | | | Phone | 256 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | 03232005 | Type | I ISSUE | Arrest | 04042005 | | |
| CACT | B (BENCH VERDICT) | Date | 11192003 | For | C | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |

| Comment | | | | | | |
|---|---|---|---|---|---|---|
| *Party 3* | | | | | | |
| Party | K 001 | Name | BROWN JAMARCUS L | | Type | INDIVIDUAL |
| INDX | D PINKARD TONY | ANAM | | | JID | WPW |
| SSN | | Address 1 | 998 CO RD 1 | | Sex | M |
| DOB | 11161999 | Address 2 | | | Race | B |
| Country | US | City | WEDOWEE AL 36278 0000 | | Phone | 256 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | | Type |
| Return | | Type | | Return | | Type |
| Service | | Type | | Serv On | | By |
| Answer | | Type | | NS Not | | NA Not |
| Warrant | | Type | | Arrest | | |
| CACT | B (BENCH VERDICT) | Date | 11192003 | For | C | Exep | O |
| AMT | | Cost | | Other | | Satisfied |
| Comment | | | | | | |
| *Case Action Summary* | | | | | | |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09172003 | 1441 | FILE | FILED THIS DATE: 09/17/2003 (AV07) | RHH |
| 09172003 | 1441 | ASSJ | ASSIGNED TO JUDGE: W. PATRICK WHALEY (AV07) | RHH |
| 09172003 | 1441 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV07) | RHH |
| 09172003 | 1441 | ORIG | ORIGIN: INITIAL FILING (AV07) | RHH |
| 09172003 | 1441 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV07) | RHH |
| 09172003 | 1441 | DAT1 | SET FOR: TRIAL - BENCH ON 11/19/2003 AT 0800A | RHH |
| 09172003 | 1441 | PART | TERRELL TERESA A ADDED AS C001 (AV02) | RHH |
| 09172003 | 1441 | ATTY | LISTED AS ATTORNEY FOR C001: MARTIN VICKIE S(AV02) | RHH |
| 09172003 | 1442 | PART | PINKARD TONY L ADDED AS D001 (AV02) | RHH |
| 09172003 | 1442 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | RHH |
| 09172003 | 1442 | PART | BROWN JAMARCUS L ADDED AS K001 (AV02) | RHH |
| 11262003 | 0839 | CACJ | COURT ACTION JUDGE: W. PATRICK WHALEY (AV07) | RHH |
| 11262003 | 0839 | DAT1 | SET FOR: REVIEW ON 12/17/2003 AT 0800A (AV07) | RHH |
| 11262003 | 0839 | ACDD | ACDD FLAG SET TO "N" (AV07) | RHH |
| 11262003 | 0839 | PROV | PROVISION ADDED: SUPPORT (AV07) | RHH |
| 11262003 | 0839 | PROV | PROVISION NOT ISSUED : IWO (AV07) | RHH |
| 11262003 | 0839 | PROV | CUSTODY TO MOTHER (AV07) | RHH |
| 11262003 | 0839 | PROV | PROVISION ADDED: PATERNITY (AV07) | RHH |
| 11262003 | 0839 | DISP | DISPOSED ON: 11/19/2003 BY (BENCH VERDICT) (AV07) | RHH |
| 11262003 | 0839 | PDIS | C001 DISPOSED BY (BENCH VERDICT) ON 11/19/2003 | RHH |
| 11262003 | 0839 | PDIS | D001 DISPOSED BY (BENCH VERDICT) ON 11/19/2003 | RHH |
| 11262003 | 0839 | PDIS | K001 DISPOSED BY (BENCH VERDICT) ON 11/19/2003 | RHH |
| 12172003 | 1156 | DAT1 | SET FOR: REVIEW ON 01/21/2004 AT 0800A (AV07) | MAL |
| 12172003 | 1156 | DAT1 | SET FOR: REVIEW ON 01/21/2004 AT 0900A (AV07) | MAL |
| 01212004 | 1230 | DAT1 | SET FOR: REVIEW ON 02/18/2004 AT 0900A (AV07) | RHH |
| 02252004 | 1454 | DAT1 | SET FOR: REVIEW ON 03/10/2004 AT 0900A (AV07) | RHH |
| 03112004 | 0851 | DAT1 | SET FOR: REVIEW ON 04/21/2004 AT 0900A (AV07) | RHH |
| 05042004 | 1414 | DAT1 | SET FOR: REVIEW ON 05/19/2004 AT 0900A (AV07) | RHH |
| 05192004 | 1341 | DAT1 | SET FOR: REVIEW ON 06/09/2004 AT 0900A (AV07) | RHH |
| 06222004 | 1226 | WARR | WARRANT ISSUE ON 06/09/2004 FOR D001 (AV02) | RHH |
| 07212004 | 1115 | DAT1 | SET FOR: REVIEW ON 08/25/2004 AT 0900A (AV07) | RHH |
| 09082004 | 1123 | DAT1 | SET FOR: REVIEW ON 09/15/2004 AT 0900A (AV07) | RHH |
| 09232004 | 0958 | DAT1 | SET FOR: SUPPORT REVIEW ON 10/20/2004 AT 0900A | RHH |
| 10292004 | 0904 | DAT1 | SET FOR: SUPPORT REVIEW ON 11/17/2004 AT 0900A | RHH |
| 12032004 | 0832 | WARR | WARRANT ISSUE ON 11/17/2004 FOR D001 (AV02) | RHH |
| 02252005 | 1008 | DAT1 | SET FOR: SUPPORT REVIEW ON 03/23/2005 AT 0900A | RHH |
| 02252005 | 1008 | ARRS | D001 ARRESTED ON 02/25/2005 (AV02) | RHH |
| 04042005 | 0832 | WARR | WARRANT ISSUE ON 03/23/2005 FOR D001 (AV02) | RHH |
| 04042005 | 1131 | ARRS | D001 ARRESTED ON 04/04/2005 (AV02) | RHH |

```
04052005 1539 DAT1  SET FOR: SUPPORT REVIEW ON 04/20/2005 AT 0900A    RHH
05042005 0909 DAT1  SET FOR: SUPPORT REVIEW ON 05/11/2005 AT 0900A    RHH
05312005 0940 DAT1  SET FOR: SUPPORT REVIEW ON 06/15/2005 AT 0900A    RHH
06222005 1015 DAT1  SET FOR: SUPPORT REVIEW ON 07/13/2005 AT 0900A    RHH
07222005 1626 DAT1  SET FOR: SUPPORT REVIEW ON 08/17/2005 AT 0900A    RHH
```

**Exhibit F**
**Booking Sheet**
**dated February 25, 2005**

# RANDOLPH COUNTY JAIL BOOKING SHEET

DATE 2/25/05          BOOKING NUMBER 20050158

NAME Pinkard, Tony Lamar

PHONE ———          EYE Bro     HAIR Blk

ADDRESS 448 Co Rd 885

CITY Wadley          STATE Al     ZIP 36276

DOB 8/16/73   SEX m   RACE B   HT 6'2

WT 150   SOC 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 DL _____

PLACE OF BIRTH Roanoke          STATE Al

EMPLOYER Disabled          POSITION _____

ADDRESS _____          PHONE _____

REMARKS _____

RELEASE DATE 3-5-05          BY J-11 Poole bonding

SCARS/TATTOOS Forehead

Booking Number: __2 0050158__

Charge: __FTA - Child Support__

Book Date: __2/25/05__  Time: __0010__  Type: __Full__

Arrest Date: __2/24/05__  Time: __2351__  Transfer In: __Y__

Arresting Agency: __RCSO__    Arresting Officer: __Jimmy Holms__

Booking Officer: __Donna Hester__    Searched By: __Jimmy Caldwell__

Type Search: Cloth ____  Metal ____  Pat __✓__  Strip ____  Cavity ____

Photo Available: __Y__  Print Taken: __Y__  Phone Call Made: __Y__

Property In Property Room          Property In Safe
Bag # __32__                       Money $ __∅__
__4 earrings__
__1 Belt__

Signature of Inmate: __Tony Pike__

Signature of Inmate Upon Release: __Tony Pike__

Booking Number: _2005 0158_

## Visual Assessment

Yes/No

_no_  1) Is inmate unconscious?

_no_  2) Does the inmate have any visible signs of trauma, illness,
       obvious pain or bleeding requiring immediate Doctor's
       care?

_no_  3) Is there any obvious fever, swollen lymph nodes,
       Jaundice or other signs of infection that may spread
       throughout the facility?

_no_  4) Any signs of poor skin conditions, rashes, vermin or
       needle marks?

_Yes_  5) Does inmate appear to be under the influence of drugs
       or (alcohol?)

_no_  6) Any visible signs of alcohol or drug withdrawal?

_no_  7) Does inmate appear to be a risk of suicide or assault?

_yes_  8) Is inmate carrying medication? _inhaler_

_No_  9) Does inmate have any physical deformities?

_No_  10) Does inmate appear to have psychiatric problems?

### For Females Only

_____  11) Are you pregnant?

_____  12) Have you recently delivered?

_____  13) Do you take birth control?

Booking Number: _20050158_

Relationship Status: _married_

Next of Kin: _Refused_

Address: _____

Phone: _____   Relationship: _____

Hand: _L_                         Vision Problems: _N_

Write English: _Y_                Read English: _Y_

Speak English: _Y_                Education Level: _10th_

Hearing Problems: _N_             Suffix Name: _N_

Religion: _Christian_             Gang: _N_

Booking Number: _2005 0158_

Items issued to inmate:

                                                    Returned

___1___ Mattress ($100)                        _____
_____ Sheet ($15)                            _____
__us___ Mattress Cover ($10)                   _____
___1___ Blanket ($25)                          _____
_____ Towel ($15)                            _____
_____ Washcloth ($5)                         _____
_____ Toothbrush
_____ Toothpaste
_____ Soap
_____ Comb
_____ Cup

   You will be held responsible for all items you are issued.  If
the items are not returned or returned defaced in any way, you are
liable for the cost.

I received the above listed items.

Inmate Signature: _____     Date: _2/25/05_

BOOKING NUMBER   2005 0158

THE RANDOLPH COUNTY JAIL WILL NOT BE
HELD RESPONSIBLE FOR ANY PROPERTY LEFT
AFTER THIRTY DAYS OF BEING RELEASED OR
TRANSFERRED TO ANOTHER FACILITY.  WE
RESERVE THE RIGHT TO DISPOSE OF ALL SAID
PROPERTY LEFT AFTER THIRTY DAYS.
    I AUTHORIZE THE RANDOLPH COUNTY
SHERIFF'S DEPARTMENT TO INSPECT ANY
INCOMING OR OUTGOING MAIL ADDRESSED TO
OR FROM ME.
    I HAVE RECEIVED OR HAVE BEEN READ A
COPY OF THE RANDOLPH COUNTY JAIL RULES
AND INFORMATION FOR INMATES.


_____          2/25/05
INMATE SIGNATURE                                    DATE

# Exhibit G
# Consolidated Bond Documents
# dated March 3, 2005

| State of Alabama<br>Unified Judicial System<br><br>Form C-52  Rev 7/80 | **CONSOLIDATED BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number |
|---|---|---|

| | | ID | YR | Number |

IN THE _Distrit_ _____ COURT OF _Randolph_ _____ COUNTY

STATE OF ALABAMA

vs. _Tony Pinkard_
_448 Co. Rd. 885_
_Wadley, Al. 36276_

We _Tony Pinkard_ _____ (Defendant) as principal

and _Poole bonding co._ _____

_____ as sureties

agree to pay the State of Alabama _$1000.00  One Thousand_ _____ Dollars

unless the above named defendant appears before the District Court of said county on (Date) _3-23-05_

at (Time) _9:00 A.m._ ____ or at the next session of circuit court of said county; there to await the action by the grand

jury and from session to session thereafter until discharged by law to answer to the charge of _____

_Child Support_ _____

or any other charge. We hereby and severally certify that we have property over and above all debts and liabilities to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the undersigned are duly exonerated.

| _Tony Pinkard_ | _44 Co Road 885 Wadly_ | _36276_ | (L.S.) |
|---|---|---|---|
| Signature of Defendant | Address (Print) | City | |

| _Brown Poole_ | _1993 Hwy 44 E_ _LaGrange Al_ | _36762_ | (L.S.) |
|---|---|---|---|
| Signature of Surety | Address (Print) | City | |

| _____ | _____ | _____ | (L.S.) |
|---|---|---|---|
| Signature of Surety | Address (Print) | City | |

| _____ | _____ | _____ | (L.S.) |
|---|---|---|---|
| Signature of Surety | Address (Print) | City | |

| _____ | _____ | _____ | (L.S.) |
|---|---|---|---|
| Signature of Surety | Address (Print) | City | |

_3-5-05_
Date

_J. Fuller_
Approved by: Sheriff/Judge

Disclosure of your Social Security Number is voluntary, it will be used only for identification purposes in regards to your release on bond.

_W. Dillard_
By: Deputy Sheriff

**Defendant's Information**

DOB _8-16-73_     Sex _M_

S.S. No. _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_     Race _B_

DL No. _6986872_ ____ State ( )     Phone No. _N_

☐ Appearance Bond-Cash     ☑ Appearance Bond-Recognizance     ☐ Bail Bond-Cash

| State of Alabama<br>Unified Judicial System | **CONSOLIDATED BOND** | Case Number |
|---|---|---|
| Form C-52   Rev 7/80 | **(District Court, Grand Jury, Circuit Court)** | ID    YR    Number |

IN THE _District_ _____ COURT OF _Randolph_ _____ COUNTY

STATE OF ALABAMA

vs. _Tony Pinkard_
_448 Co.Rd. 885_
_Wadley, A. 36276_

We _Tony Pinkard_ _____ (Defendant) as principal
and _Perle bonding co._ _____ as sureties
agree to pay the State of Alabama _Five Thousand_ _5000.00_ Dollars
unless the above named defendant appears before the District Court of said county on (Date) _3-15-05_
at (Time) _900 AM_ or at the next session of circuit court of said county; there to await the action by the grand
jury and from session to session thereafter until discharged by law to answer to the charge of _____
_Harassment / Dv 3_
or any other charge. We hereby and severally certify that we have property over and above all debts and liabilities to the
amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under execution or other
process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights
to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the
undersigned are duly exonerated.

| _(signature)_ | _44 Co Road 885 Wadly_ | _36276_ | (L.S.) |
| Signature of Defendant | Address (Print) | City | |
| _(signature)_ | _19930 Hywy 48 Woodland, Al 76276_ | | (L.S.) |
| Signature of Surety | Address (Print) | City | |
| | | | (L.S.) |
| Signature of Surety | Address (Print) | City | |
| | | | (L.S.) |
| Signature of Surety | Address (Print) | City | |
| | | | (L.S.) |
| Signature of Surety | Address (Print) | City | |

_3-5-05_
Date

_J. Faller   (W.D.)_
Approved by: Sheriff/Judge

_W. Dillard   (A.D.)_
By: Deputy Sheriff

Disclosure of your Social Security Number is voluntary, it
will be used only for identification purposes in regards to
your release on bond.

**Defendant's Information**

DOB _8-16-73_          Sex _M_

S.S. No. _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_          Race _B_

DL No. _6986862_   State ( _Al._ )   Phone No. _0_

☐ Appearance Bond-Cash     ☑ Appearance Bond-Recognizance     ☐ Bail Bond-Cash

**Exhibit H**
**Arrest Report**
**dated March 26, 2005**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ① Yes | ① Yes |
| ② No | ② No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0560000 | Randolph Co So | 050326174 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | | | | | | | | 6 ALIAS AKA |
|---|---|---|---|---|---|---|---|---|
| Pinkard Tony | | | | | | | | |

| 9 SEX ☑M ☐F | 10 RACE ☑W ☐B | 10 HGT 6'02 | WGT. 185 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN | 14 | ☐SCARS | ☐MARKS | ☐TATOOS | ☐AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Roanoke, Randolph Co Al. | 420-19-4-5151 | 08/06/73 | | |

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | |

| 26 ☐ RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) None | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) None | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐YES ☐NO |
|---|---|---|
| Rail Road Tract Hwy 77 Adams Al | | ① IN STATE ② OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ DRINKING | ② SOBER ④ DRUGS | 37 RESIST ARREST? ☐YES ☑NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE ☑ NONE | 39 ARMED? ☐Y ☑N | 40 DESCRIPTION OF WEAPON ① HANDGUN ② RIFLE ③ SHOTGUN ④ OTHER FIREARM ⑤ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 03/26/05 | 42 TIME OF ARREST 4 46 ☐1 AM ☑2 PM ☐3 MIL. | 43 DAY OF ARREST S M T W ☒F S | 44 TYPE OF ARREST ① ON VIEW ② CALL ③ WARRANT | 45 ARRESTED BEFORE? ☐YES ☐NO ③ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☐ FEL ☐ MISD F.T.A.  D.V. Harassment 3rd | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE BE | 51 WARRANT # 2005000163.00 | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☑ HELD ① ② BAIL ③ RELEASED ④ TOT–LE ⑤ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP Red BOTTOM | 75 TAG # 56B371J | 76 LIS 2005 | 77 LIY AL. |
|---|---|---|---|---|---|---|---|---|
| 78 VIN KNJBT06K9J6187274 | | | | | 79 IMPOUNDED? ☐YES ☑NO | 80 STORAGE LOCATION/IMPOUND # Kirb's Rock Mill CDRL 75 | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ① HANDLED AND RELEASED ② REF. TO JUVENILE COURT | ③ REF. TO WELFARE AGENCY ④ REF. TO OTHER POLICE AGENCY | ⑤ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ③ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASE CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|
| 11 ARRESTING OFFICER (LAST, FIRST, M.) | | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | | 114 ID # | 115 SUPERVISOR | 116 WATCH CM DR. |

# Exhibit I
# Booking Sheet
# dated March 26, 200

## RANDOLPH COUNTY JAIL BOOKING SHEET

DATE _3-26-05_          BOOKING NUMBER _70050242_

NAME _Pinkard Tony Lamar_

PHONE _____          EYE _bro_          HAIR _B/K_

ADDRESS _448 CORd 885_

CITY _wadley_          , STATE _AL_    ZIP _36276_

DOB _8-16-73_    SEX _M_    RACE _B_        HT _6'2_

WT _150_    SOC _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_    DL _____

PLACE OF BIRTH _Roanoke_          STATE _AL_

EMPLOYER _Disabled_          POSITION _____

ADDRESS _____          PHONE _____

REMARKS _____

RELEASE DATE _____    BY _____

SCARS/TATTOOS _Fore head_

ooking Number: 2005008 242

harge: FTA / D.V. Harrassment 3Rd

ook Date: 3-26-05 Time: 17:30 Type: ☑Full

rrest Date: 3-26-05 Time: _____ Transfer In: Y

rresting Agency: RUSO Arresting Officer: W-Ford

ooking Officer: JS Searched By: JS

ype Search: Cloth ___ Metal ___ Pat / Strip ___ Cavity ___

hoto Available: / Print Taken: ___ Phone Call Made: ___

roperty In Property Room
ag # 74

1 wallet
1 set keys
chapstick
1 inhaler
1 cellphone
1 hat
1 belt
Prints shoelaces

Property In Safe
Money $ _____
1 wallet

ignature of Inmate: _____
ignature of Inmate Upon Release: _____

Booking Number: _2005 0242_

## Visual Assessment

Yes/No

___ ✓ 1) Is inmate unconscious?

___ ✓ 2) Does the inmate have any visible signs of trauma, illness, obvious pain or bleeding requiring immediate Doctor's care?

___ ✓ 3) Is there any obvious fever, swollen lymph nodes, Jaundice or other signs of infection that may spread throughout the facility?

___ ✓ 4) Any signs of poor skin conditions, rashes, vermin or needle marks?

___ ✓ 5) Does inmate appear to be under the influence of drugs or alcohol?

___ ✓ 6) Any visible signs of alcohol or drug withdrawal?

___ ✓ 7) Does inmate appear to be a risk of suicide or assault?

___ ✓ 8) Is inmate carrying medication?

___ ✓ 9) Does inmate have any physical deformities?

___ ✓ 10) Does inmate appear to have psychiatric problems?

### For Females Only

___ 11) Are you pregnant?

___ 12) Have you recently delivered?

___ 13) Do you take birth control?

**Exhibit J**
**SJIS Case Detail DC 2005-569**

alacourt.com's

## Alabama SJIS CC/DC Case Detail

Settings    Disposition    Sentence    Case Action Summary    Witness List    Financial    Enforcem

### Case

| | | | | | | |
|---|---|---|---|---|---|---|
| County | 56 RANDOLPH | Case Number | DC 2005 000569 00 | JID | WPW | DEF Status J JAIL ESTS: A |
| Name | PINKARD TONY LAMAR | | | Alias | | |
| Address 1 | 44 CO RD 885 LOT #1 | | | Alias | | |
| Address 2 | | | | SID | AL 000000000 YDate | |
| Zip | 36276 0000 WADLEY AL US | | | AS | PR | 0000 000000 00 |
| DLNO | AL | DOB | 00000000 | SSN | Race/Sex | B/M |
| Height | 0 00 | Weight | 000 | Eyes | Hair | |
| Filed | 07292005 | AAGCY | C | Muni# | 00 City | |
| Arrest | 07292005 | OffDT | 02012005 | ORI | 0560000 OFFC | |
| Indict | | Grand Jury | | Atty 1 | Tkt# | |
| Bond | | Type | | Bond Co | REL | 00000000 |
| Sure | | CWIT | | JDMD | APPL | |
| Tracking No's | WR 2005 000443 00 / 0000 000000 00 / 0000 000000 00 | | | | | |
| Date | 1 08162005 | Que | 001 | Time | 0900 A Desc | BTRL |
| Charge 1 | NWNI | NEGOTIATING WORTHLES | | 13A-009-013.1 M PR | Counts | 001 |
| Charge 2 | | | | | Counts | |
| Charge 3 | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M Case Cat | PR |
| Comment | | | | | | |

### Settings

| | | | | | | |
|---|---|---|---|---|---|---|
| Date 1 | 08162005 | Que | 001 | Time | 0900 A Desc | BTRL BENCH TRIAL |
| Date 2 | | Que | 000 | Time | 0000 Desc | |
| Date 3 | | Que | 000 | Time | 0000 Desc | |
| Date 4 | | Que | 000 | Time | 0000 Desc | |
| Prosecutor | JONES E PAUL | Atty 1 | | Atty 2 | | |
| Flag | N | Flag | Y | Flag | | |
| WARISS | | WARACT | | WARLOC | | |
| BP ISS | | BP RTN | | | | |

### Disposition

| | | | | | | |
|---|---|---|---|---|---|---|
| CRT ACT | G GUILTY PLEA | CADATE | 08162005 | Jury | Y More | N |
| Charge 1 | NWNI NEGOTIATING WORTHLE 13A-009-013.1 M P | | | Counts | 001 CA | G 08162005 |
| Charge 2 | | | | Counts | CA | |
| Charge 3 | | | | Counts | CA | |
| Admin | | Why | | TBNV1 | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA GJCA | |
| Cont Dt | | Why | | Cont# | 00 DOM VIOL | N |
| Comment | | | | | | |
| CMP:N | SPRO:Y | Due | 0000033240 | Warr:000 | SUBP:001 Updated | 08162005 |

### Sentence

| | | | | |
|---|---|---|---|---|
| Sent | 08162005 | Begin | End | PRB BEG |
| IMP CONF | 00 12 000 | SUSP CONF | 00 00 000 | TOTAL CONF 00 12 000 | JAIL CRED 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV 00000000 |

| Monetary: | X COST | X FINE IMP: 00010000 | SUSP: 00000000 | X CVCC | X HIS |
|---|---|---|---|---|---|
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF |
| | PREL | DRUG 00000000 | RCUP 00000000 | X SUBP 001 | |
| | X RES1 00003040 R001 | RES2 00000000 | | RES3 00000000 | |
| | RES4 00000000 | RES5 00000000 | | RES6 00000000 | |

| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
|---|---|---|---|---|---|---|---|
| | X JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |

| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
|---|---|---|---|---|---|---|---|
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |

| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 |
|---|---|---|---|---|---|

| | DRUG CODE: | | MEAS: | VOL: 00000000 | | |
|---|---|---|---|---|---|---|
| SEC/CUR: | 00   000000000000 00 | | 00   000000000000 00 | 00   00000000000 | | |
| Comment: | | | | | | |
| BAL DUE | 0000033240 | DUE | 09142005 | CRO | Updated | 08162005 |
| Case Action Summary | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07292005 | 0821 | JUDG | ASSIGNED TO: (WPW) W. PATRICK WHALEY (AR01) | MAL |
| 07292005 | 0821 | FILE | CHARGE 01: NEGOTIATING WORTHLES/#CNTS: 001 (AR01) | MAL |
| 07292005 | 0821 | FILE | FILED ON: 07/29/2005 (AR01) | MAL |
| 07292005 | 0821 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAL |
| 07292005 | 0821 | ARRS | DEFENDANT ARRESTED ON: 07/29/2005 (AR01) | MAL |
| 07292005 | 0821 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAL |
| 07292005 | 0822 | PRTY | PARTY ADDED R001 STEPHENS STATION (AW21) | MAL |
| 07292005 | 1030 | DAT1 | SET FOR: BENCH TRIAL ON 08/16/2005 AT 0900A (AR10) | MAL |
| 07292005 | 1032 | SUBP | WITNESS SUBPOENA ISSUED (AW25) | MAL |
| 07292005 | 1036 | SUBP | WITNESS SUBPOENA ISSUED (AW25) | MAL |
| 08162005 | 1030 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: WPW | MAL |
| 08162005 | 1030 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 08/16/2005 | MAL |
| 08162005 | 1030 | DISP | CHARGE 01: NEGOTIATING WORTHLE/#CNTS: 001 (AR10) | MAL |
| 08162005 | 1031 | CH01 | DEFENDANT SENTENCED ON: 08/16/2005 (AR05) | MAL |
| 08162005 | 1031 | CH01 | IMPOSED CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 08162005 | 1031 | CH01 | TOTAL CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 08162005 | 1031 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 08162005 | 1031 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 08162005 | 1031 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 08162005 | 1031 | CH01 | FINE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 08162005 | 1031 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 08162005 | 1031 | CH01 | FINE IMPOSED: $100.00 (AR05) | MAL |
| 08162005 | 1031 | CH01 | R001 REST AMOUNT ORDERED: $30.40 (AR05) | MAL |
| 08162005 | 1031 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | MAL |

# Exhibit K
# Affidavit of Shirley Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TONY LAMAR PINKARD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-cv-746-MEF-VPM |
| | ) | |
| SHIRLEY JOHNSON AND CRAIG | ) | |
| DAVIDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SHIRLEY JOHNSON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RANDOLPH | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Shirley Johnson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Shirley Johnson. I am over the age of nineteen and competent to make this affidavit. I am the Jail Administrator of the Randolph County Detention Facility, and have served as Jail Administrator since 1999. I began my employment with the Randolph County Sheriff's Department in 1989 as a matron. I am a graduate of Jail Management School.

2.    I am familiar with the Plaintiff, Tony Lamar Pinkard, due to the fact that he has been incarcerated in the Randolph County Detention Facility.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I have never denied necessary medical care or treatment to an inmate, nor have I ever authorized or allowed anyone to do so.

5.    Upon admission to the Randolph County Detention Facility, a jail staff member completes a health screening form on the inmate.

6.    It is the policy and procedure of the Randolph County Detention Facility to provide prompt medical attention to each and every inmate upon their request. A request may be submitted via a written medical request form or made verbally to a correctional officer. The inmate is then put on the list to see the Nurse Practitioner, or, in emergency situations, taken immediately to the Wedowee Hospital across the street from the Jail. Inmates can also be seen, at least weekly, by the jail Nurse Practitioner.

7.    The health and medical treatment of inmates at the Randolph County Detention Facility is an important matter. Every inmate request for medical attention is treated seriously by me and my staff. Upon receipt of an inmate request for medical care, established procedures are followed to assure that a qualified health professional evaluates the inmate in a timely manner.

8.    The Randolph County Sheriff's Department operates the Randolph County Detention Facility pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

9.    It is the policy of the Randolph County Sheriff's Department that all inmates confined in the Randolph County Detention Facility be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and

emotional well-being may be maintained. All medical care rendered to inmates in the Randolph County Detention Facility is delivered under the direction of a licensed health care practitioner.

10. The Jailers at the Randolph County Facility have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol to distribute as needed to inmates.

11. Inmates are medically segregated if ordered by a medical doctor.

12. Plaintiff was taken to Wedowee Hospital on May 19, 2005, and September 8, 2005. On May 19, 2005, Plaintiff was treated for complaints of coughing and wheezing. On September 8, 2005, Plaintiff was treated for an ingrown toenail.

13. Plaintiff was treated at the Wedowee Hospital Clinic on March 31, 2005, April 12, 2005, April 27, 2005, August 31, 2005, and September 21, 2005 by Ricky Daniel, Nurse Practitioner, for complaints including back pain, an ingrown toenail, and earwax buildup.

14. Upon their arrival and booking at the Jail, inmates receive both verbal and written instructions regarding Jail rules.

15. It is the policy and procedure of the Randolph County Detention Facility to document and record every incident that occurs within the Jail, whether it involves inmates only or an inmate and a staff member.

16. It is the policy and procedure of the Randolph County Detention Facility to provide the inmates housed therein a clean and sanitary environment that meets and exceeds the standards required by law. Per the Randolph County Detention Facility Inmate Rules and Regulations, inmates must maintain both their personal spaces and Jail common areas in a neat and orderly manner.

17. The Randolph County Detention Facility has in place a systematic cleaning program. Inmates are provided cleaning materials to use for their maintenance of personal and common areas.

18.    The Randolph County Detention Facility has bathing facilities which are available to all inmates daily. Hot and cold water is available for bathing and inmates are provided soap and towels.

19.    The food preparation and serving areas are cleaned daily and are inspected regularly by state and local health agencies.

20.    Inmates are provided with hot water and soap with which to wash their eating utensils.

21.    Trusty inmates that assist with the food service do so only under close supervision. There was an instance when a trusty put mothballs in peanut butter; however, due to our close supervision, that trusty was caught, and the peanut butter was disposed of before it had left the kitchen area.

22.    It is the policy and procedure of the Randolph County Detention Facility to maintain a jail that is safe both for its employees and inmates. To that end, the Randolph County Detention Facility fire detection and suppression systems are inspected annually to assure that each is in proper working order throughout the facility.

23.    The Detention Facility is subject to inspection by numerous State agencies responsible for guaranteeing that the Detention Facility structures comply with applicable codes and regulations. When a fire or general safety issue arises – whether through an Inmate Request, an Inmate Grievance or Jail staff observation – the concern is addressed promptly and appropriately.

24.    Jail staff are instructed in the use of portable fire extinguishers.

25.    An emergency fire evacuation plan is posted in the Detention Facility. The Detention Facility also features emergency exits and appropriate fire apparatus.

26.     There are cell lights in all cell blocks.  When they become damaged due to inmate vandalism, they are repaired as soon as possible.

27.     Plaintiff has not complied with the grievance procedures of the Randolph County Detention Facility.  I never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint.  As there is a grievance procedure in the Randolph County Detention Facility, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration. I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters.  Had a grievance been submitted by the Plaintiff, it would have been placed in his inmate file per Jail policy.  However, Plaintiff's inmate file is devoid of any such grievance.

28.     I certify and state that the documents from Plaintiff's Inmate File and from the General Jail Records provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Randolph County Detention Facility in the regular course of business. I am the Custodian of these Records.

29.     I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_Shirley Johnson_
SHIRLEY JOHNSON


SWORN TO and SUBSCRIBED before me this the 8th day of November, 2005.


NOTARY PUBLIC
My Commission expires

My Commission Expires 6/6/09