# Exhibit L
# Affidavit of Craig Davidson

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TONY LAMAR PINKARD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-cv-746-MEF-VPM |
| | ) | |
| SHIRLEY JOHNSON AND CRAIG | ) | |
| DAVIDSON, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF CRAIG DAVIDSON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RANDOLPH | ) |

**BEFORE ME,** the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Davidson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Craig Davidson. I am over the age of nineteen and competent to make this affidavit. I am the Assistant Jail Administrator of the Randolph County Detention Facility. I have served the Randolph County Sheriff's Department for three years as a Captain. Before that I served as a Sergeant at the Chambers County Sheriff's Department for three years and as a jailer for two months. I am a graduate of Jail Management School.

2.    I am familiar with the Plaintiff, Tony Lamar Pinkard, due to the fact that he has been incarcerated in the Randolph County Detention Facility.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I have never denied necessary medical care or treatment to an inmate, nor have I ever authorized or allowed anyone to do so.

5.    Upon admission to the Randolph County Detention Facility, a jail staff member completes a health screening form on the inmate.

6.    It is the policy and procedure of the Randolph County Detention Facility to provide prompt medical attention to each and every inmate upon their request. A request may be submitted via a written medical request form or made verbally to a correctional officer. The inmate is then put on the list to see the Nurse Practitioner, or, in emergency situations, taken immediately to the Wedowee Hospital across the street from the Jail. Inmates can also be seen, at least weekly, by the jail Nurse Practitioner.

7.    The health and medical treatment of inmates at the Randolph County Detention Facility is an important matter. Every inmate request for medical attention is treated seriously by me and the jail staff. Upon receipt of an inmate request for medical care, established procedures are followed to assure that a qualified health professional evaluates the inmate in a timely manner.

8.    The Randolph County Sheriff's Department operates the Randolph County Detention Facility pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

9.    It is the policy of the Randolph County Sheriff's Department that all inmates confined in the Randolph County Detention Facility be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and

emotional well-being may be maintained. All medical care rendered to inmates in the Randolph County Detention Facility is delivered under the direction of a licensed health care practitioner.

10.    The Jailers at the Randolph County Facility have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol to distribute upon permission from the Doctor as needed to inmates.

11.    Inmates are medically segregated if ordered by a medical doctor.

12.    Plaintiff was taken to Wedowee Hospital on May 19, 2005, and September 8, 2005. On May 19, 2005, Plaintiff was treated for complaints of coughing and wheezing. On September 8, 2005, Plaintiff was treated for an ingrown toenail.

13.    Plaintiff was treated at the Wedowee Hospital Clinic on March 31, 2005, April 12, 2005, April 27, 2005, August 31, 2005, and September 21, 2005 by Ricky Daniel, Nurse Practitioner, for complaints including back pain, an ingrown toenail, and earwax buildup.

14.    Upon their arrival and booking at the Jail, inmates receive both verbal and written instructions regarding Jail rules.

15.    It is the policy and procedure of the Randolph County Detention Facility to document and record every incident that occurs within the Jail, whether it involves inmates only or an inmate and a staff member.

16.    It is the policy and procedure of the Randolph County Detention Facility to provide the inmates housed therein a clean and sanitary environment that meets and exceeds the standards required by law. Per the Randolph County Detention Facility Inmate Rules and Regulations, inmates must maintain both their personal spaces and Jail common areas in a neat and orderly manner.

17.    The Randolph County Detention Facility has in place a systematic cleaning program. Inmates are provided cleaning materials to use for their maintenance of personal and common areas.

18.    The Randolph County Detention Facility has bathing facilities which are available to all inmates daily. Hot and cold water is available for bathing and inmates are provided soap and towels.

19.    The food preparation and serving areas are cleaned daily and are inspected regularly by state and local health agencies.

20.    Inmates are provided with hot water and soap with which to wash their eating utensils.

21.    Trusty inmates that assist with the food service do so only under close supervision. There was an instance when a trusty put mothballs in peanut butter; however, due to our close supervision, that trusty was caught, and the peanut butter was disposed of before it had left the kitchen area.

22.    It is the policy and procedure of the Randolph County Detention Facility to maintain a jail that is safe both for its employees and inmates. To that end, the Randolph County Detention Facility fire detection and suppression systems are inspected annually to assure that each is in proper working order throughout the facility.

23.    The Detention Facility is subject to inspection by numerous State agencies responsible for guaranteeing that the Detention Facility structures comply with applicable codes and regulations. When a fire or general safety issue arises – whether through an Inmate Request, an Inmate Grievance or Jail staff observation – the concern is addressed promptly and appropriately.

24.    Jail staff are instructed in the use of portable fire extinguishers.

25. An emergency fire evacuation plan is posted in the Detention Facility. The Detention Facility also features emergency exits and appropriate fire apparatus.

26. There are cell lights in all cell blocks. When they become damaged due to inmate vandalism, they are repaired as soon as possible.

27. Officer Willard Ford, the arresting officer during the Plaintiff's March 26, 2005 arrest, informed me that the Plaintiff was making suggestive remarks regarding suicide. Upon the Plaintiff's arrival at the jail, I instructed the jail staff to place the Plaintiff on suicide watch and to remove his shoelaces from his tennis shoes as a precaution. Sometime later, the Plaintiff destroyed a jail issued uniform and fashioned orange shoelaces, out of the uniform, for his tennis shoes. Because of his destructing jail property, his tennis shoes were taken and put with his property. He was allowed to wear his non-lace-up shoes.

28. Plaintiff has not complied with the grievance procedures of the Randolph County Detention Facility. I never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint. As there is a grievance procedure in the Randolph County Jail, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration. I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters. Had a grievance been submitted by the Plaintiff, it would have been placed in his inmate file per Jail policy. However, Plaintiff's inmate file is devoid of any such grievance.

29.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

CRAIG DAVIDSON

**SWORN TO** and **SUBSCRIBED** before me this the _9th_ day of November, 2005.

NOTARY PUBLIC
My Commission Expires

01-07-06

# Exhibit M
# Wedowee Hospital Medical Records

STATE OF ALABAMA                    )

RANDOLPH COUNTY                    )


### CERTIFICATION OF RECORDS

I, _Jeralene East_ , of the office of the Wedowee Hospital, do

hereby certify that the documents annexed are a true copy from the original records of

Tony Lamar Pinkard, Sr., SSN: 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, DOB 08/16/763, which are authorized by

law to be and are, in fact, made and maintained in the regular and ordinary course of

business and on file at the office of the Wedowee Hospital and in its legal custody.

Executed this _13_ day of _October_ , _2005_ .

_Jeralene East_

Sworn to and subscribed before me this _13_ day of _October_ , _2005_ .

(SEAL)


_Amanda Wallis Crandell_

Notary Public
My Commission Expires:_____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 3, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

```
10/06/05                    Wedowee Hospital                                    PAGE  1
16:22 Thursday              PATIENT ACCOUNT DETAIL 165404   PINKARD TONY L       H5ARDET

                            WEDOWEE HOSPITAL
                            P O BOX 307
                            209 MAIN ST 256-357-2111
                            WEDOWEE        AL 36278
                            PHONE: 256-357-2111 TAX ID#: 636004185


 PATIENT---------------------------        BILLING INFORMATION-----------
  1 NUM/NAME-: 165404  PINKARD TONY L        16 CREDIT----:              HOSP DRG..:
  2 SEX------: M                             17 BILL------:              FINAL DRG.:
  3 BIRTH----: 08/16/1973                    18 CYCLE-----: 1
  4 DOCTOR---: 905600 STONE K                19 STAY TYPE-: 2   O/P
  5 MARITAL--: M                             20 SERVICE---: O
  6 SOC.SEC.-: 420945151                     21 INSURANCE-: CBA RAND CO PROBATE OFFICE-0/P


 GUARANTOR-------------------------        ADMISSION--------------------
 10 NAME-----: RAND CO COMMISSION           22 DATE------:  9/08/05
 11 ADDRESS-1: P O BOX 228                   23 CODE------: N
 12 ADDRESS-2:
 13 CITY/ST--: WEDOWEE        AL           DISCHARGE--------------------
 14 ZIP------: 36278                         25 DATE------:  9/08/05    DAY STAY
 15 PHONE----: 2563574545                    26 CODE------: H

                                                                           MED
   A/R     SERV  TYPE    CHG/REC                                           NECESSARY CPT
  DATE     DATE  TRAN CODE  NUMBER  QTY DESCRIPTION                CHARGE  CREDIT  NECESSARY CPT
 ----------------------------------------------------------------------------------------------
 09/08/05        CHG 44  25250183   1 LACERATION TRAY              74.75
 09/08/05                             NAILS/DEBRIDE
 09/08/05        CHG 94  11100047   1 NAILS/DEBRIDEMENT OF--ONE TO FIVE  47.00              11720
 09/08/05        CHG 79  21221687   1 DEMEROL 50MG/1ML INJ IM N   17.25                     J2175
 09/08/05        CHG 79  21210884   1 PHENERGAN UP TO 50 MG-N     15.00                     J2550
 09/08/05        CHG 90  21215025   1 INJECTION FEE-IM            22.48                     90782


                              AR BALANCE.......................................176.48
```

WEDOWEE HOSPITAL                P O BOX 307                WEDOWEE          AL 36278

| EXPECT DATE 9/08/05 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER 165404 | TYPE 2 | PATIENT NAME PINKARD TONY L | | AGE 32 | BIRTHDATE 8/16/1973 | SEX M | M/S MB | DATE OF SERVICE 9/08/05 | TIME 08:50 | CLERK INIT WAL |
|---|---|---|---|---|---|---|---|---|---|---|

| ADDRESS - LINE 1 PO BOX 886 | ADDRESS - LINE 2 | | CITY WEDOWEE | STATE AL | ZIP CODE 36278 | TELEPHONE |
|---|---|---|---|---|---|---|

| PATIENT SSAN 420945151 | NOTIFY IN CASE OF EMERGENCY - NAME PROTHRO MINNIE | RELATIONSHIP G MOM | ADDRESS | WEDOWEE AL | TELEPHONE 256-357-2029 |
|---|---|---|---|---|---|

| INSURANCE COMPANY RAND CO PROBATE OFFICE-O/P | CONTRACT OR GROUP NUMBER 420945151 | DATE | PLACE |
|---|---|---|---|

| GUARANTOR NAME RAND CO COMMISSION | GUARANTOR ADDRESS P O BOX 228 | CITY WEDOWEE | STATE AL | ZIP CODE 36278 | GUAR. TELEPHONE 357-4545 |
|---|---|---|---|---|---|

| GUARANTOR EMPLOYER INCARCERATED | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | | GUAR. EMPL TELEPHONE |
|---|---|---|---|---|

| PREV. SERVICE 159879 | PREV. SERV. DATE 5/19/05 | IF MINOR - PARENT NAME | MED. REC. # 015545 | ADMITTING/2ND PHYSICIAN STONE K / |
|---|---|---|---|---|

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1.   The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2.   The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3.   I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other
4.   account I may own said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|

CHIEF COMPLAINT (If Accident State How, When, and Where)
R GREAT TOENAIL INGROWN

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

LAB DATA (Including X-Rays, EKGs, etc.)

NURSE'S SIGNATURE (RN OR LPN)

PHYSICIAN'S REPORT

DIAGNOSIS: 703.0

TREATMENT: 86.23   I/730

INSTRUCTIONS TO PATIENT:

| CONDITION ON DISC | | |
|---|---|---|
| IMP | STABLE | EXPIRED |

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE

```
10/06/05                  Wedowee Hospital                              PAGE  1
16:25 Thursday            PATIENT ACCOUNT DETAIL 159879  PINKARD TONY L          H5ARDET

                          WEDOWEE HOSPITAL
                          P O BOX 307
                          209 MAIN ST 256-357-2111
                          WEDOWEE          AL 36278
                          PHONE: 256-357-2111 TAX ID#: 636004185

PATIENT--------------------------           BILLING INFORMATION-----------
 1 NUM/NAME-: 159879  PINKARD TONY L         16 CREDIT----:                 HOSP DRG..:
 2 SEX------: M                              17 BILL------:                 FINAL DRG.:
 3 BIRTH----: 08/16/1973                     18 CYCLE-----: 4
 4 DOCTOR---: 005600 STONE K                 19 STAY TYPE-: 3   E/P
 5 MARITAL--: M                              20 SERVICE---: E
 6 SOC.SEC.-: 420945151                      21 INSURANCE-: CBA RAND CO PROBATE OFFICE-O/P

GUARANTOR-------------------------           ADMISSION--------------------
10 NAME-----: RAND CO COMMISSION             22 DATE------:  5/19/05
11 ADDRESS-1: P O BOX 228                    23 CODE------: E
12 ADDRESS-2:
13 CITY/ST--: WEDOWEE          AL            DISCHARGE--------------------
14 ZIP------: 36278                          25 DATE------:  5/19/05   DAY STAY
15 PHONE----: 2563574545                     26 CODE------: H

                                                                          MED
A/R      SERV  TYPE   CHG/REC                                             NECESSARY CPT
DATE     DATE  TRAN CODE  NUMBER   QTY DESCRIPTION              CHARGE   CREDIT
---------------------------------------------------------------------------------------
05/19/05       CHG  320 15700146  1 CHEST PA & LAT              115.43              71020
05/19/05       CHG  300 13300301  1 CBC                          30.02              85025
                                    NDC#:
05/19/05       CHG  300 13302092  1 COMPREHENSIVE METABOLIC PROFILE 107.24          80053
05/19/05       CHG  300 13305060  1 VENIPUNCTURE ROUTINE          7.30              36415
05/19/05       CHG  450 11100064  1 E/R 3/4 HOUR                115.00              99283
                                    NDC#:
05/19/05                            ER PROF FEE
05/19/05       CHG  981 12100088  1 ER PROF FEE/MODERATE COMPLEXITY 115.00          99283
05/19/05       CHG  460 8400884   1 PULSE OXCEMETOR SPOT         26.45              94760
05/19/05       CHG  410 8400855   1 UPDRAFT WITH XOPENEX-DISC    83.50              94664
05/19/05       CHG  250 21200037  1 METOCLAPRAMIDE 10MG           2.30
05/19/05       CHG  250 21220532  1 DECADRON 4MG INJ N           10.00              J1100
05/19/05       CHG  250 21215556  4 ROCEPHINE PER 250MG IM N    152.28              J0696
05/19/05       CHG  250 21222660  1 LIDOCAINE UP TO 10MG INJ     10.00              J2001
05/19/05       CHG  940 21215025  1 INJECTION FEE-IM             22.48              90782
                                    NDC#:
05/19/05       CHG  940 21215027  1 INJECTION FEE-ANTIBIOTIC     30.00              90788
                                    NDC#:
05/29/05       NOTE S               STATEMENT-1 05/25/05
06/15/05       PAY      83939       CBA RAND CO PROBATE OFFICE-O/P       620.25
06/15/05       CHG      99020     -1 RAND CO JAIL CONT                   206.75

               AR BALANCE.......................................0.00
```

```
10/06/05                    Wedowee Hospital                              PAGE  2
16:25 Thursday              PATIENT ACCOUNT DETAIL 159879   PINKARD TONY L  H5ARDET


                            WEDOWEE HOSPITAL
                            P O BOX 307
                            209 MAIN ST 256-357-2111
                            WEDOWEE        AL 36278
                            PHONE: 256-357-2111 TAX ID#: 636004185


***************** CHARGE SUMMARY *****************
SUMMARY                                           DAYS MED-
 CODE  DESCRIPTION                AMOUNT  DAYS  NECESSARY   UNITS


  46   EMERGENCY ROOM             115.00                     1.00
  55   LABORATORY                 144.56                     3.00
  73   RADIOLOGY                  115.43                     1.00
  78   PHARMACY                     2.30                     1.00
  79   DRUGS                      172.28                     6.00
  84   RESPIRATORY THERAPY         83.50                     1.00
  86   PULMONARY FUNCTION          26.45                     1.00
  90   OTHER THERAPEUTIC SERVICES  52.48                     2.00
  94   PRO FEES E/R               115.00                     1.00
  CD   CASH DISCOUNT              206.75CR                  -1.00
              TOTAL CHARGES...........827.00
              TOTAL ADJUSTMENTS.......-206.75
              LESS PAYMENTS...........620.25
              AR BALANCE................0.00
```

WEDOWEE HOSPITAL                    P O BOX 307              WEDOWEE        AL 36278

5/19/05                                                              EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 159879 | 3 | PINKARD TONY L | | 31 | 8/16/1973 | M | MB | 5/19/05 | 07:24 | WAL |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| PO BOX 886 | | WEDOWEE | AL | 36278 | |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | TELEPHONE |
|---|---|---|---|---|---|
| 420945151 | PROTHRO MINNIE | G MOM | | WEDOWEE AL | 256-357-2029 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| RAND CO PROBATE OFFICE-O/P | 420945151 | | |
| | | TIME | EVENT |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| RAND CO COMMISSION | P O BOX 228 | WEDOWEE | AL | 36278 | 357-4545 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| INCARCERATED | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 121992 | 12/03/02 | | 015545 | STONE K  /DANIEL R |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the above mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE 5- 19-05    TIME _____    SIGNED PATIENT _____    SIGNED GUARANTOR _____

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

**DIAGNOSIS:** *519.1     493.90     786.07*

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE          DATE - TIME OF DISC.          PHYSICIAN'S SIGNATURE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP

# WEDOWEE HOSPITAL

EMERGENCY DEPARTMENT NURSING TRIAGE AND ASSESS[...]

```
159879  RM-    015545    P/T-E/P
PINKARD TONY L        M  31
PO BOX 886            WEDOWEE      , AL
STONE K         DANIEL R
OSHINOWO A      05/19/05  B/D 08/16/73
```

Pt. Name __Tony Pinkard__

Family Dr. _____

Sign in time _____

Triage time __0715__

Evaluation time _____

Date __5-19-05__

Med Rec # _____

DOB __8/16/73__  AGE __31__

Dr. Eval. <72 Hr?Y( )N( )

Advance DirectiveY( )N( )

**MODE OF ARRIVAL**
POV ( )
Ambulatory ( ✓ )
Ambulance ( )
Wheelchair ( )

**ACCOMPANIED BY**
Self ( )
Relative ( )
Other ( ✓ )

**STATUS**
Emergent ( )
Urgent ( )
Stable ( )
Non-emergent

**NOTIFIED**
Family ( )
Police ( )
Coroner ( )
DHR ( )
Pt. 1st ( )

ALLERGIES: __PCN__

CC/HPI: __c/o wheezing since am. ⊕ non-prod cough x 2 days, ⊖ smoker ⊖ ETOH__

PSYCHO-SOCIAL __⊖ smoker  ⊖ ETOH__

PAST HX: __Asthma__

CURRENT MEDS: __albuterol inhaler__

PREHOSPITAL TREATMENT/CARE
MED: _____ TIME: _____
MED: _____ TIME: _____

ET TUBE: ( )    C-COLLAR: ( )
NT TUBE: ( )    CID: ( )
NG TUBE: ( )    BACK BOARD: ( )
FOLEY CATH: ( )  KED: ( )
IV: ( )          DRESSING: ( )
O2: ( )          SPLINT ( )
CARDIAC MON. ( ) CPR ( )

**VITAL SIGNS**
TIME: __0715__
BP: __140/96__
PULSE: __100__
RESP: __22__
TEMP: __97__
SA O2: __97%__

HT: _____  HT/WT/LMP/LBM - IMMUNIZATION STATUS - INTERVENTIONS
WT: _____ LMP _____ LBM _____

LAST TETANUS: _____

PED. IMMUNIZATIONS CURRENT? Y( ) N( )

IMMOBILIZATION: _____

DISPOSITION OF PATIENT'S PERSONAL PROPERTY: _____

OTHER: _____

**NEUROLOGIC**
LOC X ___ MIN. ( ) UNCONSCIOUS ( )
ALERT ( ✓ ) CONVULSING ( )
ORIENTED ( ✓ ) SPEECH CLEAR ( ✓ )
LETHARGIC ( ) SPEECH SLURRED ( )
AGGITATED ( )
COMBATIVE ( )
GCS ___ TIME: ___
NEUROLOGIC (< 5 YEARS)
PLAYFUL Y( ) N( )
IRRITABLE Y( ) N( )
CRYING Y( ) N( )
CONSOLABLE ( ) N( ) NA( )

**FONTANELLES** (<15 MO)
FLAT ( ) CLOSED ( )
DEPRESSED ( ) SOFT ( )
BULGING ( )

**PUPILS** PERL ( ✓ )
NOT ASSESSED ( ) VA W/O CORR
R    L      OS /
___ Size (mm) OD /
___ Brisk    OU /
___ Sluggish VA WITH CORR
___ Fixed    OS /
             OD /
             OU /

NECK
NOT ASSESSED ( )
SUPPLE ( ✓ )
OTHER ___

CARDIOVASCULAR
PULSE REGULAR ( ✓ ) IRREGULAR ( )
PULSE RDP ___ RR ___
PULSE LDP ___ LR ___

**RESPIRATORY**
AIRWAY CLEAR ( )
BREATHING Y( ✓ ) N( )
NORMAL ( )
LABORED ( )
RALES/RON. Y( ) N( ✓ )
WHEEZING Y( ✓ ) N( )
STRIDOR Y( ) N( )
RETRACTIONS Y( ) N( )
NASAL FLARE Y( ) N( )

**GASTROINTESTINAL**
ASSESSED ( ✓ )
ABDOMEN SOFT ( ✓ )
FIRM ( )
FLAT ( )
ROUNDED ( )
TENDER RUQ ( )
TENDER LUQ ( )
TENDER RLQ ( )
TENDER LLQ ( )
BOWEL SOUNDS Y( ) N( )

**GENITOURINARY**
NOT ASSESSED ( )
NEGATIVE ( )
FREQUENCY ( )
HEMATURIA ( )
DYSURIA ( )
DISCHARGE ( )

**EXTREMITIES**
NOT ASSESSED ( )
MOVES ALL FOUR ( ✓ )
NEGATIVE ( )
DISCOLORATION ( )
DEFORMITY ( )
EDEMA ( )
TENDERNESS ( )

**SKIN**
FLUSHED ( )
PALE ( )
CYANOTIC ( )
JAUNDICED ( )
FEVERISH ( )
WARM AND DRY ( ✓ )
COLD AND DRY ( )
COOL/DIAPHORETIC ( )
WARM AND MOIST ( )
RASH ( )

WOUND DESCRIPTION

**NURSING DIAGNOSIS**
ALTERED CARDIAC STATUS ( )
KNOWLEDGE DEFICIT ( )
INEFFECTIVE BREATHING ( )
INFECTION POTENTIAL ( )
POTENTIAL FL. VOL. DEF. ( )
PAIN ( )
ALTERED NEURO STATUS ( )
ALTERED FAMILY PROC. ( )
TRAUMA RESPONSE ( )
OTHER ( )

**NARRATIVE**

__0715 - Placed in room for evaluation - Attend RN__
__0720 - Resp tmt administered Xopenex /atrovent - Attend RN__
__0735 - labs drawn - Attend RN__
__0745 - Returned from x-ray - all__
__0905 - Decadron 4mg + Depo medrol 1cc given im ℓ deltoid at__
__0906 Rocephin 1gm given im ℓ gm - Attend RN__
__0925 - ⊖ distress noted. Escorted to POV by deputy. verbalizd understanding of d/c instructions__

FALL PRECAUTION Y( ) N( ) AT RISK FOR SKIN BREAKDOWN Y( ) N( )
TRANSFER SHEET DONE Y( ) N( ) NA( ) LWBS ( ) AMA ( )
NON-REFUSAL TO TREAT OR AMA FORM SIGNED Y( ) N( ) NA( )

**CONDITION and DISPOSITION**
STABLE ( ✓ ) DISCHARGED ( ✓ ) TRANSFERRED( ) LWBS( ) AMA( )
IMPROVED ( ✓ ) ADMITTED ( ) ROOM # ___ VIA: WC BED AMB PARENT
DETERIORATED ( )
EXPIRED ( ) DATE __5/19/05__ TIME __0925__

LPN _____ __Attend RN__ RN

```
159879  RM-    015545    P/T-E/P
PINKARD TONY L         M  31
PO BOX 886          WEDOWEE   , AL
STONE K           DANIEL R
OSHINOWO A    05/19/05  B/D 08/16/73
```

# WEDOWEE HOSPITAL
## EMERGENCY DEPARTMENT PHYSICIAN RECORD

Patient Name: _Tony Pinkard_    Med Rec#: _____

TIME: 0715 AGE: 31 WT: ___ CC/HPI: _31 yoWm w/d w/u 4 c/o injuries obtained this_
_a.m. Pt is incarcerated in Coot jail_

**REVIEW OF SYSTEMS:** If marked (−) after system name indicates all negative.  ( ) Pt. unable to furnish systems review information due to _____

**CONSTITUTIONAL** ( )
Fever/Chills( )
Weakness( )
Wt. Loss( )

**EYES** ( )
Cataract( )
Corrected Vis.( )
Pain( )
Redness( )

**EARS, NOSE, MOUTH, THROAT** ( )
Tinnitis( ) Hearing loss( )
Otalgia( ) Epistaxis( )
Nasal Congestion( )
Dysphagia( ) Odynophagia( )

**CARDIOVASCULAR** ( )
CP( ) Palpitations( )
Claudication( )
Hx HTN( ) Murmur( ) RF( )
MI( ) Hi Chol.( ) CABG( )
PTCA( )

**RESPIRATORY** ( )
Cough( ) Wheeze( )
SOB( ) Hemoptysis( )
Pleuritic pain( )
Hx TB( ) Asthma( )

**GI** ( )
Heartburn( ) N/V( )
Abd Pain( )
Diarrhea( )
Melena( ) Hematachezia( )

**GU** ( )
Dysuria( ) Hematuria( )
Difficult Urination( )
Abn. Vag. Discharge( )

**NEURO** ( )
Vertigo( )
HA( ) Syncopy( )
Focal Weakness( )
CVA( ) Siezure( )

**MUSKULOSKELITAL** ( )
Joint Pain( )
Neck/Back Pain( )
Extremity Pain( )

**HEMA/LYMPH** ( )
Anticoagulation( )
Abnormal Bleeding( )
Swollen Glands( )

**SKIN** ( )
Significant Rash( )
Itching( )

**ENDOCRINE** ( )
Goiter( ) DM( )

**PSYCHIATRIC** ( )

**ALLERGY** ( )          MEDS: SEE NURSING NOTES    LAST TETANUS: ___    EMERGENCY MED CONDITION EXISTS?( )

**FAMILY HX:** (+/-) Heart dx ___ Htn ___ CVA ___ Ca ___ DM ___  **SOCIAL HX:** (+/-) Smoker ___ Past Smoker ___ ETOH ___ Other ___

**PASTMED/SURG HX:**

**PHYSICAL EXAM:** BP 140/96 P 100 R 22 T 97' SAO2 97%  CONSTITUTIONAL ___
EYES _PERRLA_     EAR,NOSE,MOUTH,THROAT _TM's clear, gp, nares clear, mmm_
HEAD ___     NECK _supple, s JVD_     RESP ___
CV _RR + m_
CHEST _allergy bilat lg fields  BS all grade_
GU ___
MUSCULOSKELITAL _Full ROM s edem_
LYMPHATIC ___     SKIN _warm & dry_     PSYCH ___
NEURO ___

| PHYSICIANS ORDERS | MISC: | LAB: | PROFILES: | CULTURES: | OTHER LAB: | RADIOLOGY (TRAUMA) (W/BACKBOARD+CID) | RADIOLOGY (ROUTINE) |
|---|---|---|---|---|---|---|---|
| IV: ___ | O2 ___ ( ) | H&H ( ) | CMP ( ) | BLOOD X ( ) | ABG ___ ( ) | SKULL ( ) | PA/L CXR ✗ |
| ___ ( ) | CARDIAC MONITOR ( ) | LYTES ( ) | BMP ( ) | SPUTUM ( ) | | C-SPINE ( ) | |
| ___ ( ) | GLUCOSE ( ) | BUN/CREAT( ) | HEPATIC ( ) | GC GENITAL ( ) | URINE DRUG ___ ( ) | AP/L T-SPINE ( ) | PORTABLE CXR ( ) |
| ___ ( ) | 12 LEAD ECG ( ) | PT/PTT ( ) | LEVELS: | THROAT ( ) | TROPONIN-T ___ ( ) | AP/L LS-SPINE ( ) | ___ ( ) |
| ___ ( ) | PULSE OXIMETER ( ) | CPK ( ) | ACETAMIN. ( ) | STOOL ( ) | | AP CXR ( ) | |
| | | CPK-MB ( ) | DIGOXIN ( ) | URINE ( ) | CBC ___ ( ) | AP PELVIS ( ) | ___ ( ) |
| ___ ( ) | NG TUBE ( ) | BETA-HCG ( ) | CARBOXY-HGB( ) | WOUND ( ) | | NON-CONTRAST CT: | ___ ( ) |
| ___ ( ) | FOLEY CATHETER ( ) | HCG ( ) | ETOH ( ) | ___ ( ) | ___ ( ) | HEAD ( ) | |
| | | UA ( ) | PHENYTOIN ( ) | ___ ( ) | ___ ( ) | C-SPINE ( ) | OLD RECORD REQ. ( ) |
| | | | SALICYLATE ( ) | | | | |
| | | | THEOPH. ( ) | | | | |

MEDS: _Ibuen/Defe_ (PO SL PR SC IM IV NEB)  [_____] PO SL PR SC IM IV NEB  [_____] PO SL PR SC IM IV NEB
_Recepla_ ( )M (PO SL PR SC IM IV NEB)  [_____] PO SL PR SC IM IV NEB  [_____] PO SL PR SC IM IV NEB
RESPONSE TO MEDS: ___  [_____] PO SL PR SC IM IV NEB  [_____] PO SL PR SC IM IV NEB

**TEST RESULTS:**

---

**PROCEDURES:**

OLD RECORD REVIEWED ( )
CRITICAL CARE TIME (MIN) ___

**DIFFERENTIAL DX:** ___

**RE-EVALUATION:** _Acute Bronchospasm_

**FINAL DIAGNOSIS:** ___

**DISCHARGE INSTRUCTIONS/PLAN:** _Take Regular Meds_
_Home_
_Retn_

OTHER(S) ___         ( ) ADMIT    ( ) TRANSFER

CONSULTED: ___
PHYSICIAN SIGNATURE: _(signature)_    D.O./M.D.    DATE OF SERVICE: _05/19/05_

159879

Pinkard, Tony

8-6-73

# X-RAY

## WEDOWEE HOSPITAL

### Wedowee, Alabama 36278

OUT PATIENT [ ]

Ordered By : _Daniel_

X-Ray No. _____ 31682

ACCIDENT _____ MED _____ POSTOP _____ NURSE _AH_

PREV. X-RAY     YES _____     NO _____     AGE_ 31

AMBULATORY _✓_ CHAIR _____ STRETCHER _____ BED _____

CLINICAL HISTORY : _____ _wheezing_ _____

DATE _5-19-05_ _____     MR NO. ___

TECH. REMARKS : _____

EXAMINATIONS DESIRED: _CXR  PA/CAT_

McPS 256-236-8858 WH Reorder # 630

**WEDOWEE HOSPITAL**
P.O. BOX 307
WEDOWEE, AL 36278
Phone: 256-357-2111
Fax: 256-357-2165

```
159879   RM-      015545    P/T-E/P
PINKARD TONY L              M  31
PO BOX 886        WEDOWEE       , AL
STONE K           DANIEL R
OSHINOWO A   05/19/05  B/D 08/16/73
```

PATIENT _Tony Pinkard_    AGE _31_    DOB _8/6/73_    SS# _420945151_

TIME COLLECTED _____ TIME RECEIVED _____ SIGNATURE _Attend RN_

DIAGNOSIS _asthma_    PHYSICIAN _Daniel_    ROUTINE _____ STAT _____ DATE _5-19-05_

## HEMATOLOGY
- ✓ CBC
- ___ SED RATE
- ___ H&H
- ___ WBC&DIFF
- ___ OTHER

## COAGULATION
- ___ PROTHROMBIN TIME (PT)
- ___ PART THROMBO TIME (APTT)

## PROFILES
- ___ BMP
- ___ LIPID PROFILE
- ✓ CMP
- ___ ELECTROLYTE PANEL
- ___ HEPATIC FUNCTION PANEL
- ___ RENAL FUNCTION PANEL
- ___ ARTHRITIC PROFILE
- ___ HEPATITIS PANEL

## CHEMISTRY
- ___ ELECTROLYTES
- ___ ACID PHOS.
- ___ ALBUMIN
- ___ ALCOHOL
- ___ ALKALINE PHOS.
- ___ ALT/SGPT
- ___ AMYLASE
- ___ AST/SGOT
- ___ T. BILI
- ___ D. BILI
- ___ BUN
- ___ CALCIUM
- ___ CHOLESTEROL
- ___ TOTAL CK
- ___ CREATININE
- ___ GGT
- ___ FASTING GLUCOSE
- ___ 2 HR. PP GLUCOSE
- ___ RANDOM GLUCOSE
- ___ HGBA1C (GLYCOHGB)
- ___ IRON
- ___ F.S. GLUCOSE

## CHEMISTRY CONT'D
- ___ LDH
- ___ TIBC c %SAT
- ___ MAGNESIUM
- ___ PHOSPHORUS
- ___ SERUM PREG
- ___ TRIGLYCERIDE
- ___ URIC ACID
- ___ 3 HR. GTT
- ___ H. PYLORI
- ___ TROPONIN
- ___ HDL
- ___ LDL

## URINE RANDOM SPECIMAN
- ___ URINALYSIS (UA)
- ___ PREGNANCY (UCG)

## URINE 24 HR.
- ___ CALCIUM
- ___ CREATININE
- ___ PROTEIN
- ___ URIC ACID
- ___ 24 HR. CREAT CL
- ___ VMA&CATACHOLAMINES

## IMMUNOHEMATOLOGY
- ___ ABO/RH
- ___ TYPE&AB SCREEN
- ___ TYPE&CROSS
- ___ DIRECT COOMBS

## SPECIAL STUDIES
- ___ CA 125
- ___ CEA
- ___ FERRITEN
- ___ FOLATE
- ___ VIT. B12
- ___ FSH
- ___ LH
- ___ MONO
- ___ PROLACTIN
- ___ PSA
- ___ STREP
- ___ TESTOSTERONE
- ___ FREE T4
- ___ THYROXINE (T4)
- ___ ESTRADIOL

## SPECIAL STUDIES CONT'D
- ___ TOTAL T3
- ___ TSH
- ___ TU

## THERAPUTIC DRUGS
- ___ DIGOXIN
- ___ DILANTIN
- ___ PHENOBARB
- ___ LITHIUM
- ___ PROCAINAMIDE
- ___ QUINIDINE
- ___ TEGRETOL (CARBAMAZE)
- ___ THEOPHYLLINE
- ___ VALPORIC ACID
- ___ UDS
- ___ OTHER

## ROUTINE CULTURE
- ___ BLOOD C&S
- ___ URINE C&S
- ___ SPUTUM C&S
- ___ THROAT C&S
- ___ VAGINAL C&S
- ___ STOOL C&S
- ___ WOUND/SOURCE
- ___ OTHER/SOURCE

## MICROBIOLOGY
- ___ WET PREP
- ___ GRAM STAIN
- ___ GC/CHY BY DNA
- ___ HERPES
- ___ AFB

## FECES
- ___ O&P
- ___ OCCULT BLOOD
- ___ STOOL WBC
- ___ CLOSTRIDIUM DIFF

## OTHER TEST
_____
_____
_____

McDaniel Printing 256-236-8858 WH Reorder # 612

# Wedowee Hospital
**209 North Main St**
**Wedowee, AL 36278**
**Phone: 256-357-2111/Fax: 256-357-2165**
**KAREN STONE, M.D.  LAB DIRECTOR**

| | | |
|---|---|---|
| Name: | **PINKARD, TONY** | Accession: **40984** |
| Patient Number: | 420945151 | Fasting: UNKNOWN |
| Birth: | 8/6/1973    Age: 31 years    Sex: M | Collected/Drawn: 5/19/2005 07:40 AM    BP |
| Doctor: | DANIEL, RICHARD  CRNP W | Received in Lab: 5/19/2005 07:54 AM    BP |
| In/Outpatient | ER/OP | MCR: |
| Billing Number | ER | MCD: |
| Report Destination: | ER | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **CBC** | | | | *Run By: BP on 5/19/2005 at 08:05 AM* |
| WBC | 4.9 | K/µL | | 4.8 - 10.8 |
| NEUT | 2.3 | K/µL | | 1.4 - 6.5 |
| LYMP | 1.7 | K/µL | | 1.2 - 3.4 |
| MONO | 0.3 | K/µL | | 0.1 - 0.6 |
| EOS | 0.6 | K/µL | | 0.0 - 0.7 |
| BASO | 0.0 | K/µL | | 0.0 - 0.1 |
| NEUT% | 47.3 | % | | 42.2 - 75.2 |
| LYMP% | 34.3 | % | | 20.5 - 51.1 |
| MONO% | 6.5 | % | | 1.7 - 9.3 |
| EOS% | 11.4 | % | HIGH | 0.0 - 3.0 |
| BASO% | 0.5 | % | | |
| RBC | 5.1 | M/µL | | 4.7 - 6.1 |
| HGB | 13.9 | g/dL | | 13.0 - 18.0 |
| HCT | 42.0 | % | | 39.2 - 52.0 |
| PLT | 254.0 | K/µL | | 130.0 - 400.0 |
| MCV | 82.5 | fL | | 81.0 - 99.0 |
| MCH | 27.3 | pg | | 27.0 - 31.0 |
| MCHC | 33.1 | g/dL | | 32.0 - 37.0 |
| RDW% | 12.2 | % | | 11.5 - 14.5 |
| MPV | 7.7 | fL | | 7.4 - 10.4 |
| PCT% | 0.2 | % | | 0.0 - 100.0 |
| PDW | 15.9 | % | | 0.0 - 100.0 |

**VENIPUNCTURE**                    *Tests Sent Out: 5/19/2005*

# Wedowee Hospital

### 209 North Main St
### Wedowee, AL 36278
### Phone: 256-357-2111/Fax: 256-357-2165
### KAREN STONE,M.D.  LAB DIRECTOR

| | | | |
|---|---|---|---|
| **Name:** | **PINKARD, TONY** | **Accession:** | **40984** |
| Patient Number: | 420945151 | Fasting: | UNKNOWN |
| Birth: | 8/6/1973    Age: 31 years    Sex: M | Collected/Drawn: | 5/19/2005 07:40 AM    BP |
| Doctor: | DANIEL, RICHARD  CRNP W | Received in Lab: | 5/19/2005 07:54 AM    BP |
| In/Outpatient | ER/OP | MCR: | |
| Billing Number | ER | MCD: | |
| Report Destination: | ER | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **Comprehensive Metabolic** | | | | *Run By: LKB on 5/19/2005 at 08:46 AM* |
| Glucose | 109.0 | mg/dL | | 70.0 - 115.0 |
| BUN | 11.0 | mg/dL | | 5.0 - 25.0 |
| CREATININE | 1.1 | mg/dL | | 0.5 - 1.5 |
| BUN/CREAT Ratio | 10.0 | mg/dL | LOW | 12.0 - 25.0 |
| SODIUM | 145.0 | mEq/L | | 135.0 - 145.0 |
| POTASSIUM | 3.9 | mEq/L | | 3.5 - 5.1 |
| CHLORIDE | 105.0 | mEg/L | | 95.0 - 110.0 |
| CO2 | 24.8 | mEg/L | | 23.0 - 29.0 |
| Anion Gap | 19.0 | mEg/L | HIGH | 7.0 - 16.0 |
| Osmolality | 280.0 | mEg/L | | 200.0 - 300.0 |
| CALCIUM | 9.5 | mg/dL | | 8.5 - 10.5 |
| Total Protein | 7.0 | g/dL | | 6.4 - 8.3 |
| Albumin | 4.2 | g/dL | | 3.5 - 5.0 |
| Globulin | 2.8 | g/dL | | 1.5 - 4.3 |
| A/G RATIO | 1.5 | g/dL | | 1.1 - 2.2 |
| Total BILI | 0.7 | mg/dL | | 0.0 - 1.5 |
| ALK. PHOS. | 55.0 | IU/L | | 53.0 - 128.0 |
| AST | 26.0 | IU/L | | 7.0 - 37.0 |
| ALT | 19.0 | IU/L | | 5.0 - 40.0 |

*— End Of Report —*

Reviewed By: _____

Date: 5-19-05

WEDOWEE HOSPITAL
RADIOLOGY REPORT

PATIENT:   PINKARD TONY L            STATUS:  E/P              DOB:  08/16/1973
ACCOUNT:  159879                     ADMIT:    05/19/05         SEX:  M
MED REC:  015545                     DISCH:    05/19/05         AGE:  31
ROOM:                                                          SSN:  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
                        ADMITTING PHYSICIAN:  STONE KAREN E 00005600

X-RAY#:  31682

DATE OF EXAM:  519/05

REASON FOR EXAMINATION:   WHEEZING

REPORT OF X-RAY FINDINGS-OPINION AND RECOMMENDATIONS:

CHEST, THREE VIEWS: 5/19/05

Three views of the chest demonstrates mild air trapping in relation to the history of wheezing.  The lungs are clear.  There are no cardiomegaly or cardiac failure.

IMPRESSION:

1.  The lung are clear with mild air trapping.


A. SHIPPEL, MD, RADIOLOGIST
AS/DRH
DD:  5/19/05
DT:  5/19/05

MISCELLANEOUS — LAB.

DIAGNOSIS

☐ ROUTINE
☐ PREOP
☐ STAT EMERGENCY
☐ TODAY
☐ DRAWN STAT

DATE REQUIRED: 5-19-05

REQUESTING PHYSICIAN

NURSE

SPECIMEN DRAWN BY
DATE                    TIME 0715

SPECIMEN:

TEST REQUIRED: 26.9000
Xopl Atrov. Neb

REPORT:

REPORT (cont'd.): 0715- Xopl Atrov. neb tx Started

FORM MCD-723            PHYSICIANS' RECORD CO., BERWYN, ILLINOIS — PRINTED IN U.S.A.

IF IMPRINT PLATE NOT USED
PRINT HERE

ROOM NO.
HOSP. NO.
PHYSICIAN

159879  RM-  015545  P/T-E/P
PINKARD TONY L      M   31
PO BOX 886          WEDOWEE
STONE K           , AL
OSHINONO A   DANIEL R
             05/19/05  B/D 08/16/73

☐ OUTPATIENT

TECHNOLOGIST

DATE REPORTED

MISCELLANEOUS — LAB.

MEDICAL RECORD

# Exhibit N
# Wedowee Hospital Clinic Medical Records

# WEDOWEE RURAL HEALTH CLINIC
## 209 MAIN STREET, P.O. BOX 307
### Wedowee, AL 36278   PH: 256-357-2188   FAX 256-357-2023

I, Margaret A. Earwood, do hereby certify and affirm in writing that I am the Custodian of Records of the Wedowee Rural Health Clinic, a clinic organized and operated pursuant to or under the laws of Alabama, located in Wedowee, Alabama; and that as custodian of the said records of said clinic affirm that copies of clinic records are an exact, full, true and correct copy of said records pertaining to patient *Tony Lamar Pinkard Sr.*,
*SSN: 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, DoB 8/06/73*
I further certify that such clinic records herein referred to were made and kept in the usual and regular course of business of said clinic, to make and keep said records, and that said records were made at the time of such events or within a reasonable time thereafter.

I further certify that said clinic records so certified contain _106_ pages, all of which I hereby certify and affirm on this _12th_ day of _October_ _2005_.

*Margaret Earwood*
_____
Custodian of Records
Wedowee Rural Health Clinic

Sworn to and subscribed before me, this
_12th_ Day of _October_ _2005_

*Cheryl A Frey*
NOTARY

STAMP & SEAL

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 3, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

# WEDOWEE HOSPITAL CLINIC
## RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: _Tony Pinkard_ DOB _____ SS# _____

CHIEF COMPLAINT/HPI: _Reglued toenail_
_states that he use instrument to_
_clear ears with + also state that_
_he has bad pain_

DATE: _09/21/05_ AGE: _____ WT: _____
PMH: _____

SOCIAL HX: _mental_

FAMILY HX: _____

### PHYSICAL EXAM
T: ____ P: ____ R: ____ B/P: ____ LMP: ____
VISION: RIGHT 20/____ LEFT 20/____ BOTH: 20/____
WITH CORRECTIVE LENSES ---- WITHOUT CORRECTIVE LENSES
HEENT: _PERRLA, wax accumulation in ® ear, TM's cle, phar_
NECK: _supple c type_
CHEST: _CTA_
CV: _RR_
ABD: _soft non dist_
EXT: _full ru_
MUSCULOSKELETAL: _____
SKIN: _warm & dry_
GU: _____
RECTAL: _____

IMPRESSION: _____

PLAN: ① _Medul DOS Pal_
② _Keflex 500 mg c 8d_
③ _cerumen_

NAME OF MEDICAL EXAMINER: _____ SIGNATURE: _[signature]_

WEDOWEE HOSPITAL CLINIC
RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: _Tony Pinkard_ DOB _08/16/73_ SS# _____

CHIEF COMPLAINT/HPI: _Toenail almost off_

DATE: _08/31/05_  AGE: _____  WT: _____
PMH: _____

SOCIAL HX: _____

FAMILY HX: _____

PHYSICAL EXAM

T: ____ P: _84_ R: _20_ B/P: _128/80_ LMP: _____
VISION: RIGHT 20/____  LEFT 20/____  BOTH: 20/____
WITH CORRECTIVE LENSES ____ WITHOUT CORRECTIVE LENSES ____
HEENT: _PERRLA, TM's clear, Eyes, Nose clear, pharynx_
NECK: _Supple, limp_
CHEST: _CTA_
CV: _RRR m_
ABD: _Soft, nontend_
EXT: _Full m_
MUSCULOSKELETAL:
SKIN: _Warm & dry, NO lesion_
GU: _____
RECTAL: _____

IMPRESSION: _toenail_

PLAN: _Remove toenail Friday_

NAME OF MEDICAL EXAMINER: _____  SIGNATURE: _Neal O W Dd_

# Wedowee Rural Health Clinic

209 Main Street          Wedowee, Alabama 36278          (256) 357-2188

NAME: *Pinbard, Tony* _____ SSN: _____ AGE: ____
DATE: *8-31-05* _____ TIME: _____ History Form Reviewed    Nurse _____
CC: _____
_____
_____
HPI: _____
_____
_____

ROS:    (Please list all pertinent findings AND circle systems reviewed)
Endo/Const _____          Eyes _____
ENT _____          CV _____
Resp. _____          GI _____
Gyn/GU _____          Mus/Ske _____
Integ. _____          Psyc./Neuro _____
Hem/Lym _____          All/Imm _____
          ____ All other systems reviewed and negative.    ____ Patient unable to provide due to condition
          ____ Labs reviewed          ____ Problem list and medications reviewed

PHYSICAL EXAM          *Normal office definitions available on file in office.

VITALS   B/P _____ Pulse _____ Resp. _____ Temp. _____ F     Ht. _____    Wt. _____
Norm   Abn.          (Circle abnormal findings.)
____   ____   Constitutional   obese - cachetic - unkempt - dressed inappropriately
____   ____   Eyes      R/L   uneven pupils - nystagmus - injected - icterus - trauma - edema - hemmorrhage - exudates (R or L)
____   ____   Fundus   R/L   trauma - edema - nicking - C:D abn. - hemmorrhage - exudates
____   ____   Ear        R/L   trauma - mass - discharge - TM retracted - injected - exudate - fluid - cerumen impacted
____   ____   Nose      R/L   conjested - septum deviated (R or L) - exudates - turbs. inflamed - turbs. blue
____   ____   Throat          injected - tonsils enlarged - poor hygiene - ulcers - exudates - patches
____   ____   Neck            stiff - mass - thyroid enlarged - thyroid nodule - tender - crepitus - trachea deviated
____   ____   Cardiovascular   irreg. - skips - thrill - murmur _____ /6-beats - dim pulses - dim cap refill - pacemaker present
____   ____   Respiratory R/L   labored - retractions - wheezes - crackles - rubs - rales   Location: _____
____   ____   Gastrointestinal   bowels sounds reduced / absent / rigid / rebound / guarding / mass / organomegally - hernia,quad _____
____   ____   Rectal           mass hemorrhoids (I/E) - impaction - prostate - (E / M / T) - blood
____   ____   Genitourinary   Male: testicular mass-hydrocele-tender cord-discharge-ulcers-vesicles
                          Female: ulcer - vesicles - discharge - mass - cervical lesion - rectocele - cystocele
____   ____   Breast    R/L   asymmetry - nipple discharge - retraction - mass - lumps - tenderness
____   ____   Musculoskeletal   limp - ingrown nails - clubbing - eyanosis - tremor - weakness - tenderness - swelling
____   ____   Skin            cyanotic - mottled - broken - thin - tenting - bruising - jaundiced - poor turgor - nodules
____   ____   Neurological   abnormal CN# _____ - DTRs (hypo / hyper) - Babinski - altered sensation
____   ____   Psychiatric     confused - poor judgment - agitated - anxious - sad - memory loss - disorient  T, P, Pl
____   ____   Lymph/1mm R/L   nodes palpated and tender (neck / axillae / groin / other) - enlarged
____   ____   OTHER

## PROCEDURES / TESTS

_____
_____

CONSULTS - REFERRALS _____
FOLLOW-UP: _____

INSTRUCTIONS GIVEN TO:   PATIENT/FAMILY          QUESTIONS ADDRESSED          INSTRUCTIONS UNDERSTOOD
_____
_____

IMPRESSION _____
                          _____ Reviewed and agree with findings and impression

PROVIDER SIGNATURE: _____
          Karen Stone, M.D.          Syed Ahmed, M.D.          Michael Gaines, M.D.

## WEDOWEE HOSPITAL CLINIC
## RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: Tony Pinkard     DOB: 08-16-73  SS# _____

CHIEF COMPLAINT/HPI: "My R knee hurts"

_____

_____

_____

DATE: 04/2/05  AGE: _____  WT: _____
PMH: _____

SOCIAL HX: _____

FAMILY HX: _____

### PHYSICAL EXAM
T: _____  P: 76  R: 20  B/P: 08/80  LMP: _____
VISION: RIGHT 20/_____  LEFT 20/_____  BOTH: 20/_____
WITH CORRECTIVE LENSES_____ WITHOUT CORRECTIVE LENSES_____
HEENT: PE ARM, TMs ____ gr. ears clen, phnal
NECK: supple i l/mpl
CHEST: CTA
CV: RRR m
ABD: Soft ____
EXT: swlln
MUSCULOSKELETAL: _____
SKIN: Wrln dy
GU: _____
RECTAL: _____

IMPRESSION: DJD

PLAN: knee immolizer _____

_____

NAME OF MEDICAL EXAMINER: _____  SIGNATURE: _____

5-20-05 Albuterol inhaler #1 to HdM ____

## WEDOWEE HOSPITAL CLINIC
## RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: Tony Pinkard DOB 08-16-73 SS# _____

CHIEF COMPLAINT/HPI: Low Back Pain
Fungus on Feet
_____
_____
_____

DATE: 04/12/05 AGE: _____ WT: _____
PMH: _____

SOCIAL HX: incarcerated _____

FAMILY HX: _____

### PHYSICAL EXAM
T: _____ P: 70 R: 20 B/P: 140/80 LMP: _____
VISION: RIGHT 20/_____ LEFT 20/_____ BOTH: 20/_____
WITH CORRECTIVE LENSES ___ WITHOUT CORRECTIVE LENSES ___
HEENT: PERRLA, TM's pearly gray, nares clr phryx
NECK: supple & lymph _____
CHEST: CTA
CV: RRR · m
ABD: soft, n tend
EXT: full rm
MUSCULOSKELETAL: _____
SKIN: warm & dry
GU: _____
RECTAL: _____

IMPRESSION: Low Back Pain
_____

PLAN: Medrol DOS Pak
Topical Cream

NAME OF MEDICAL EXAMINER: _____ SIGNATURE: _____

## WEDOWEE HOSPITAL CLINIC
### RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: _Tony Pinkard_ DOB _8-16-73_ SS# _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_

CHIEF COMPLAINT/HPI: _New again_

_____

_____

_____

DATE: _03/31/05_ AGE: _____ WT: _____

PMH: _____

SOCIAL HX: _____

FAMILY HX: _____

### PHYSICAL EXAM
T: _____ P: _76 Reg_ B/P: _60/60_ LMP: _____
VISION: RIGHT 20/_____ LEFT 20/_____ BOTH: 20/_____
WITH CORRECTIVE LENSES _____ WITHOUT CORRECTIVE LENSES _____
HEENT: _____
NECK: _____
CHEST: _CTA_
CV: _____
ABD: _____
EXT: _____
MUSCULOSKELETAL: _____
SKIN: _____
GU: _____
RECTAL: _____

IMPRESSION: _New again_

_____

PLAN: _____
_____

NAME OF MEDICAL EXAMINER: _____ SIGNATURE: _____

# Exhibit O
# Observation Sheet

CUMULATIVE OBSERVATION

| 1). NAME | | | | 2) TYPE | | |
|---|---|---|---|---|---|---|
| Tony Pinkard | | | | Suicide | | |
| 3) ORDERED BY: | 4) DOB: | 5) RACE: | 6) SEX: | 7) CELL NUMBER: | | |
| Capt. Davidson | 8-16-73 | Black | Male | Visitation | | |

| 8) DATE -N- TIME | 9) OFFICER INITIAL | 10) REMARKS |
|---|---|---|
| 1800 | JC | Standing up and king around counting a blanket + |
| 1835 | JC | Sitting down |
| 1935 | JC | laying down |
| 2035 | JC | laying down |
| 2135 | JC | laying down |
| 2235 | JC | laying down |
| 2300 | JC | Used Bathroom used inhaler |
| 0000 | JC | laying down |
| 0100 | BC | Went to Bath Room / laying down |
| 0200 | JC | Sleeping |
| 0300 | JC | Sleeping |
| 0400 | JC | Sleeping |
| 0500 | JC | Feed |
| 0530 | JC | took tray used Bathroom |
| 0605 | AC | Sleeping |
| 0635 | AC | " |
| 0700 | AC | " |
| 0745 | AC | Sleeping |
| 715 | AC | Sleeping |
| | | |
| | | |