IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | )  Civil Action No. 3:05-cv-746-MEF-VPM |
| SHIRLEY JOHNSON AND CRAIG DAVIDSON, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' ANSWER

COME NOW Shirley Johnson and Craig Davison, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Tony Lamar Pinkard, Sr., and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. Plaintiff lacks standing.

3. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

4. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

5. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

6. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

7. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

8. Defendants are not liable based upon *respondeat superior* theories of liability.

9. Plaintiff has no serious medical need.

10. Defendants were not deliberately indifferent in any respect.

11. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

Respectfully submitted this the 10th day of November, 2005.

> **s/ C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 10th day of November, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Tony Lamar Pinkard, Sr.
      Randolph County Jail
      P.O. Box 347
      Wedowee, AL 36278

                            **s/C. Richard Hill, Jr.**
                            OF COUNSEL