In The UNITED States District Court
For The Middle District of ALABAMA

Tony Lamar Pinkard SA,

        Plaintiff

    v.

Shirley Johnson, And
Craig Davidson,

        Defendants.

Civil Action No. 3:05-Cv-746-MEF-VPM

## Plaintiff Motion for Extension of Time

Come Now Tony Lamar Pinkard Sr., At the Randolph County Detention facility, AS the Plaintiff in the Above Styled Cause, and More this Honorable Court For An Extension of time of 30 days in Which to file his Special Report and Answer Which is presently due on November 29, 2005. As ground for Said Motion, Plaintiff State as follows:

1. I the Plaintiff have a Illness.

2. My Mail Was Late And I did not have Enough time for this Special Report.

# Certificate of Service

I hereby Certify that on this the 16th day of November, I have Mailed a true and correct copy of the foregoing by United States Mail to the following

1. Office of the Clerk
United States District Court
    P.O. Box 711
Montgomery, ALABAMA 36101-0711

2. Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, ALABAMA 36124

Fax: (334) 262-1889