IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONEY LAMAR PINKARD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-746-F |
| | ) | |
| SHIRLEY JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the *motion for extension of time* filed by the plaintiff on December 1, 2005 (Court Doc. No. 20), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 29, 2005 to and including December 29, 2005 to file a response to the defendants' special report.

Done this   20th day of December, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE

*For*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE