In The United States District Court

For The Middle District of Alabama

Tony Lamar Pinkard Sr.
    Plaintiff,

V.

Civil Action No. 3:05-cv-746-MEF-VPM

Shirley Johnson etal.,
Craig Davidson
    Defendants,

I Tony Lamar Pinkard Sr. Is Letting this Middle District Court and the Defendants Lower that, I Inmate Tony Lamar Pinkard has been tran from the Randolph County Jail to the Roanoke City Jail on January 5, 2006. I Tony Pinkard would like all my Legal Mail be Mailed to this Address.

I hereby Certify, that on this 9th day of January, 2006, I have mailed a true and correct copy of the Change of Address to the following Montgomery Middle District of Alabama and the Defendants Lawar.

Tony Lamar Pinkard Sr.

Tony Lamar Pinkard Sr.