In The District Court of The United States
for The Middle District of Alabama
Eastern Division

Tony Lamar Pinkard, Sr.,
   Plaintiff,

V.

ShirLey Johnson, et al.,
Craig Davidson,
   Defendants.

Civil Action No. 3:05-CV-746-MEF-VPM

## Motion for Extension Of Time

I Tony Lamar Pinkard Sr. is asking this court to Please Grant me a Motion for Extension of Time.
Due to Good Cause, it is
   I Tony Lamar Pinkard Sr. had an Accident In the Randolph County Jail. All the Doors In the County Jail was took down for what reason I don't Know. On December 27, 2005 I Tony Pinkard was going to Lay down and go to Sleep. I hit the Side of my Left eye on a Door hinge that was Left on the Door Frame. I am Sleeping on the floor in C-Block In the Court Jail. It cut a Gash above my Left eye I was took to the Randolph County Hospital to get the Gash Stiched up, On December 27, 2005. I would Appreciate It for a Little more time.

## Certificate of Service

I hereby certify that on this the 3rd day of January, 2006, I have mailed a true copy of the foregoing by United States Mail, Postage to the following,

    S/C Richard Hill, Jr.
    C. Richard Hill, Jr., Bar No. HIL045
    Attorney for Defendants
    WEBB & ELEY, P.C.
    7425 Halcyon Pointe Drive (36117)
    Post Office Box 240909
    Montgomery, Alabama 36124
    Telephone: (334) 262-1850
    Fax: (334) 262-1889
    E-mail: rhill@webbeley.com

and a Certification of Service to the following

    United States District Court
    Middle District of Alabama
    Office of the Clerk
    Post Office Box 711
    Montgomery, Alabama 36101-0711

    *Tony Lamar Pinkard Sr.*
    Tony Lamar Pinkard Sr.