IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv746-WKW |
| ) | |
| RANDOLPH COUNTY, JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On 13 February 2006, the Magistrate Judge filed a Recommendation (Doc. #28) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. The plaintiff's claims against the Randolph County Jail, Randolph County Commissioners and Judge W. Patrick Whaley are dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii);

2. The Randolph County Jail, Randolph County Commissioners and Judge W. Patrick Whaley are dismissed as defendants in this cause of action; and

3. This case, with respect to the plaintiff's claims against defendants Johnson and Davidson, be referred to the Magistrate Judge for appropriate proceedings.

Done this the 13th day of March, 2006.

                          /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE